**STRIS & MAHER LLP**
PETER K. STRIS
peter.stris@strismaher.com
BRIDGET ASAY (*pro hac vice*)
bridget.asay@strismaher.com
RACHANA A. PATHAK
radha.pathak@strismaher.com
JOHN STOKES
john.stokes@strismaher.com
JOSHUA MICHELANGELO STEIN
Joshua.stein@strismaher.com
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

*Attorneys for Plaintiffs*
EMILY and MALCOLM FAIRBAIRN

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
DAVID C. MARCUS
david.marcus@wilmerhale.com
CHRISTOPHER T. CASAMASSIMA
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
T: (213) 443-5300 | F: (213) 443-5400

*Attorneys for Defendant*
FIDELITY INVESTMENTS
CHARITABLE GIFT FUND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY FAIRBAIRN and MALCOLM FAIRBAIRN,<br><br>          Plaintiffs,<br><br>     v.<br><br>FIDELITY INVESTMENTS CHARITABLE GIFT FUND,<br><br>          Defendant. | Case No. 3:18-cv-04881-JSC<br><br>**JOINT STIPULATION REQUESTING ORDER TO EXTEND CASE DEADLINES; [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Emily and Malcolm Fairbairn and Defendant Fidelity Investments Charitable Gift Fund respectfully submit this Joint Stipulation Requesting Order To Extend Case Deadlines.

WHEREAS, on December 13, 2018, the parties jointly submitted a Joint Case Management Statement & Proposed Order containing a proposed case management schedule, which the Court entered on December 21, 2018;

WHEREAS, on December 5 and 6, 2018, Defendant propounded requests for production, interrogatories, and requests for admission on each Plaintiff as well as document subpoenas on three entities controlled by Plaintiffs;

WHEREAS, on January 11 and 14, 2019, Plaintiffs propounded requests for production and interrogatories on Defendant and document subpoenas on three entities affiliated with Defendant;

WHEREAS, on January 24, 2019, Plaintiffs served responses and objections to Defendant's requests for production, interrogatories, requests for admission, and document subpoenas and stated its intention to produce documents on a rolling basis, which commenced on February 18, 2019;

WHEREAS, on February 28, 2019, the Court entered an order (Dkt. 58) moving the deadline to complete mediation from July 15, 2019 to August 29, 2019, and there have been no other modifications to the Court's Pre Trial Order.

WHEREAS, on March 4, 2019, Defendant served responses and objections to Plaintiffs' requests for production and subpoenas and stated its intention to produce documents on a rolling basis, which commenced on March 14, 2019;

WHEREAS, the parties' document search and production efforts are ongoing and will not be complete before April 15, 2019 at the earliest;

WHEREAS, the parties have notified each other of perceived deficiencies in the responses to their respective requests for production and continue to meet and confer in a good-faith effort to resolve these disputes; and

WHEREAS, on March 5, 2019, counsel for Plaintiffs proposed an extension of the existing pretrial deadlines to accommodate the outstanding discovery in the action, counsel for Defendant agreed on March 13, 2019 in an effort to work in good faith to reach compromise and resolve

discovery disputes without court intervention, and the parties reached ultimate agreement on all dates on March 19, 2019;

WHEREAS, the Parties agree that no depositions will be taken on or between June 7-21, 2019;

IT IS HEREBY STIPULATED AND AGREED that the Parties request the Court to extend the following discovery and dispositive motion deadlines as follows:

|  | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact Discovery Cut-Off: | June 5, 2019 | July 31, 2019 |
| Plaintiffs' Expert Witness Disclosures: | July 3, 2019 | August 28, 2019, |
| Defendant's Expert Witness Disclosures: | August 5, 2019 | September 27, 2019 |
| Plaintiffs' Rebuttal Expert Witness Disclosures: | August 19, 2019 | October 11, 2019 |
| Deadline to Complete Mediation: | August 29, 2019 | October 18, 2019 |
| Expert Discovery Cutoff: | September 19, 2019 | November 8, 2019 |
| Deadline for Filing Dispositive Motions: | October 17, 2019 | December 6, 2019 |

Based on this Court's Pre-Trial Order (Dkt. 49), the Parties believe that the following case management and trial deadlines should be extended as follows:

| | | |
|---|---|---|
| Case Management Statement Due | August 8, 2019 | September 30, 2019 |
| Case Management Conference | August 15, 2019 | October 7, 2019 |
| Pre-Trial Conference | January 23, 2020 | March 6, 2020 |
| Trial | February 18, 2020 | April 2, 2020 |

3

DATED: March 21, 2019

/s/ Rachana A. Pathak
Peter K. Stris
Bridget Asay
Rachana A. Pathak
John Stokes
Joshua Michelangelo Stein

**STRIS & MAHER LLP**
725 Figueroa Street, Suite 1830
Los Angeles, CA 90017

*Attorney for Plaintiffs*
EMILY and MALCOLM FAIRBAIRN

DATED: March 21, 2019

/s/ Christopher T. Casamassima
David C. Marcus
Christopher T. Casamassima

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Attorneys for Defendant*
FIDELITY INVESTMENTS CHARITABLE
GIFT FUND

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

The further case management conference is continued to October 10, 2019 at 1:30 p.m., the pretrial conference is reset to March 5, 2020 and the trial is reset to April 6, 2020.

Dated: _____March 26_____, 2019   _____
The Honorable Jacqueline Scott Corley
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA