UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FAIRBAIRN, et al., | Case No.18-cv-04881-JSC |
| Plaintiffs, | |
| v. | **ORDER DENYING REQUEST TO COMPEL ANSWERS TO REQUESTS FOR ADMISSIONS** |
| FIDELITY INVESTMENTS CHARITABLE GIFT FUND, | Re: Dkt. No. 80 |
| Defendant. | |

Now pending before the Court is the parties' joint letter brief regarding Defendant's request to compel Plaintiffs to answer Defendant's Request for Admissions 21 and 22 to Ms. Fairbairn and 24 and 25 to Mr. Fairbairn.  Defendant's request is DENIED.  Plaintiffs shall supplement their interrogatory responses by July 1, 2019 as promised.  If Plaintiffs' factual recitation of their fraud claims materially changes later in the litigation, and Defendant believes it can show that it has somehow been prejudiced such that Plaintiffs should be prevented from asserting those facts, Defendant can raise the issue at the time (assuming it has some authority for its position).

This Order disposes of Docket No. 80.

**IT IS SO ORDERED.**

Dated:  July 9, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge