1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FAIRBAIRN, et al., | Case No. 18-cv-04881-JSC |
| Plaintiffs, | |
| v. | **ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTIONS TO SEAL** |
| FIDELITY INVESTMENTS CHARITABLE GIFT FUND, | Re: Dkt. Nos. 133, 147 |
| Defendant. | |

The parties have filed multiple administrative motions to seal in connection with their cross-motions for summary judgment. (Dkt. Nos. 133, 135, 144, 147, 152.)  This Order addresses the two administrative motions to seal filed by Defendant.  (Dkt. Nos. 133, 147.)  Defendant failed to provide chambers copies of the unredacted form of the documents for which sealing is sought as required by the local rules and this Court's Standing Order. *See* Civ. L.R. 79-5(d)(2).   Further, with respect to Defendant's second administrative motion to seal (Dkt. No. 147), the electronically filed version of Defendant's under seal (non-redacted) submission does not contain highlighting from which the Court can discern which portions of the brief and exhibits attached thereto Defendant seeks to seal.  Accordingly, within three days Defendant shall provide chambers copies of Defendant's motion for summary judgment and opposition to Plaintiffs' motion for summary judgment and all exhibits thereto in accordance with the local rules; that is:

> The courtesy copy of unredacted declarations and exhibits should be presented in the same form as if no sealing order was being sought. In other words, if a party is seeking to file under seal one or more exhibits to a declaration, or portions thereof, the courtesy copy should include the declaration with all of the exhibits attached, including the exhibits, or portions thereof, sought to be filed under seal, with the portions to be sealed highlighted or clearly noted as subject to a sealing motion.

*See* Civ. L.R. 79-5(d)(2).  Per the Court's Standing Order, Defendants should not put the individual exhibits sought to be sealed in separate envelopes, but shall instead place the **entire** submission: brief, declaration, and exhibits in a binder and place the binder in an envelope labeled CHAMBERS COPY – DOCUMENTS SUBMITTED UNDER SEAL.

   The Court will issue a separate order addressing the merits of the parties' administrative motions to seal.

   **IT IS SO ORDERED.**

Dated: February 5, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California