**STRIS & MAHER LLP**
PETER K. STRIS
  peter.stris@strismaher.com
ELIZABETH R. BRANNEN
  elizabeth.brannen@strismaher.com
RACHANA A. PATHAK
  radha.pathak@strismaher.com
777 S. Figueroa Street, Suite 3850
Los Angeles, CA 90017

BRIDGET ASAY (*pro hac vice*)
  bridget.asay@strismaher.com
28 Elm Street, Floor 2
Montpelier, VT 05602
T: (213) 995-6800 | F: (213) 261-0299

*Attorneys for Plaintiffs*
EMILY AND MALCOLM FAIRBAIRN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY FAIRBAIRN and MALCOLM FAIRBAIRN,<br><br>    Plaintiffs,<br><br>v.<br><br>FIDELITY INVESTMENTS CHARITABLE GIFT FUND,<br><br>    Defendant. | Case No. 3:18-cv-04881-JSC<br><br>[Hon. Jacqueline Scott Corley]<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF NO. 194** |

On September 11, 2020, Plaintiffs Emily and Malcolm Fairbairn ("Plaintiffs") moved to file under seal portions of their Trial Brief and [Proposed] Findings of Fact and Conclusions of Law pursuant to Local Rule 79-5(e). ECF No. 194. On September 15, 2020, Plaintiffs filed an unopposed motion to withdraw the September 11 administrative motion to seal. Having reviewed the motion, for good cause shown, the Court ORDERS as follows:

Plaintiffs' unopposed motion to withdraw the administrative motion to file under seal portions of Plaintiffs' Trial Brief and [Proposed] Findings of Fact and Conclusions of Law is GRANTED. Plaintiffs shall publicly file their Trial Brief and [Proposed] Findings of Fact and Conclusions of Law.

**IT IS SO ORDERED.**

Dated: Sept. 17, 2020

HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE