David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Andrew Dulberg (*admitted pro hac vice*)
andrew.dulberg@wilmerhale.com
Sarah R. Frazier (*admitted pro hac vice*)
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

*Attorneys for Defendant*
FIDELITY INVESTMENTS
CHARITABLE GIFT FUND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY FAIRBAIRN and MALCOLM FAIRBAIRN,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY INVESTMENTS CHARITABLE GIFT FUND,<br><br>Defendant. | Case No. 3:18-cv-04881-JSC<br><br>**NOTICE RE BIFURCATION** |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE THAT the parties have met and conferred regarding bifurcation of trial as directed by the Court and hereby agree to bifurcation as suggested by the Court at the September 16, 2020 pretrial conference, including that bifurcation shall not preclude expert witnesses that testify in the first phase, including experts that offer opinions on the existence or non-existence of injury to Plaintiffs, from testifying in the second phase.

DATED: September 23, 2020

Respectfully submitted,

By: */s/ Christopher T. Casamassima*
DAVID C. MARCUS
CHRISTOPHER T. CASAMASSIMA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

ANDREW S. DULBERG (*pro hac vice*)
SARAH R. FRAZIER (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: +1 617 526 6000
Facsimile:  +1 617 526 5000

*Attorneys for Defendant*
FIDELITY INVESTMENTS
CHARITABLE GIFT FUND