David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Nicholas G. Purcell (SBN 313630)
nick.purcell@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Andrew Dulberg (*admitted pro hac vice*)
andrew.dulberg@wilmerhale.com
Sarah R. Frazier (*admitted pro hac vice*)
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

*Attorneys for Defendant*
FIDELITY INVESTMENTS CHARITABLE
GIFT FUND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY FAIRBAIRN and MALCOLM FAIRBAIRN,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIDELITY INVESTMENTS CHARITABLE GIFT FUND,<br><br>  Defendant. | Case No. 3:18-cv-04881-JSC<br><br>**DEFENDANT FIDELITY INVESTMENTS CHARITABLE GIFT FUND'S NOTICE REGARDING CLARIFICATION REGARDING SEQUESTRATION OF EXPERT WITNESSES** |

**Defendant's Request For Clarification Regarding Sequestration of Expert Witnesses**

In the parties' Joint Proposed Final Pretrial Order, both sides agreed that expert witnesses need not be sequestered. ECF No. 191 at 15:15-20. The Court's Order Following Pretrial Conference, however, states that all witnesses other than Plaintiffs and Fidelity Charitable's party representative, Pamela Norley, are prohibited from observing, reading, watching, or discussing any other witnesses' testimony in advance of their own. ECF No. 227 at 8:7-10. Given that both parties will be introducing expert testimony in response to expert testimony elicited by the opposing party, Fidelity Charitable respectfully requests clarification, and reiterates its request that the Court permit the parties' expert witnesses to observe the entire trial consistent with the parties' agreement in the Joint Proposed Final Pretrial Order.

DATED: October 14, 2020

Respectfully submitted,

By: /s/ David. C. Marcus
DAVID C. MARCUS
CHRISTOPHER T. CASAMASSIMA
WILMER CUTLER PICKERING HALE
   AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

ANDREW S. DULBERG (*pro hac vice*)
SARAH R. FRAZIER (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: +1 617 526 6000
Facsimile:  +1 617 526 5000

*Attorneys for Defendant*
FIDELITY INVESTMENTS FIDELITY CHARITABLE GIFT FUND