UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FAIRBAIRN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIDELITY INVESTMENTS CHARITABLE GIFT FUND,<br><br>  Defendant. | Case No. 18-cv-04881-JSC<br><br>**ORDER CLARIFYING SEQUESTRATION OF WITNESSES**<br><br>Re: Dkt. No. 229 |

This Order clarifies the Court's prior ruling regarding sequestration of witnesses to confirm that in accordance with the parties' agreement the sequestration of witnesses does not apply to the parties' expert witnesses.

**IT IS SO ORDERED.**

Dated: October 15, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge