UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FAIRBAIRN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIDELITY INVESTMENTS CHARITABLE GIFT FUND,<br><br>    Defendant. | Case No. 18-cv-04881-JSC<br><br>**JUDGMENT** |

The Court having issued findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a) on February 26, 2021, enters judgment in favor of Defendant and against Plaintiffs on all of Plaintiffs' claims.

**IT IS SO ORDERED.**

Dated: February 26, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge