# EXHIBIT A

**Trial Transcripts**

| Invoice Date | Vendor | Date of Proceeding | Description | Cost Claimed |
|---|---|---|---|---|
| 11/1/2020 | Ruth Ekhaus (CAND) | 10/19/20<br>10/20/20<br>10/21/20<br>10/23/20<br>10/26/20<br>10/27/20<br>10/28/20 | Trial | $2,509.65 |
| 11/1/2020 | Ana Dub (CAND) | 10/19/20<br>10/20/20<br>10/21/20<br>10/23/20<br>10/26/20<br>10/27/20<br>10/28/20 | Trial | $2,509.65 |
| | | | | |
| | | | **Total Trial Transcripts Costs Claimed** | **$5,019.30** |

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

**UNITED STATES DISTRICT COURT**
For the San Francisco

INVOICE NO.: 20200177

Sarah Frazier
Wilmer Hale (MA)
60 State Street
#25
Boston, MA 02109
(617) 526-6000
sarah.frazier@wilmerhale.com

**MAKE CHECKS PAYABLE TO:**
Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219
Official Court Reporter
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102
(415) 336-5223
ruth_ekhaus@cand.uscourts.gov

__ CRIMINAL    X CIVIL        DATE ORDERED: 11-01-2020       DATE DELIVERED: 11-01-2020

**In the matter of:** 18-CV-04881 JSC, Fairbairn v Fidelity Investments

Hourly delivery of PDF and interactive realtime feed of bench trial before the Honorable Jacqueline Scott Corley on 10/19-10/21, 10/23, and 10/26-10/28/2020, and Master Index. Vols. 1-7, pages 1-1178. Master Index pages 1-12. Cost of original split with opposing counsel. Total pages 1190, divided by 2 equals 595.5 pages. 1/2 pages billed by each official reporter. Realtime feeds $2.10 x 2 feeds = $4.20.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 297 | 7.25 | 2153.25 | 297 | 1.20 | 356.40 | | | | 2509.65 |
| Realtime | 574 | 4.20 | 2410.80 | | | | | | | 2410.80 |
| Misc. | Partial page | | | | | | | Misc. Charges | | 2.11 |
| | | | | | | | | **Subtotal** | | 4922.56 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 10-20-2020 | **Check:** ACH | | | | | | | Less Amount of Deposit | | 5060.00 |
| **Date:** 11-01-2020 | **Check:** 1669 | | | | | | | Total Refund | | 137.44 |
| | | | | | | | | **Total Due** | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Ruth Levine Ekhaus

DATE: 11-01-2020

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20200450

Sarah Frazier
WILMER CUTLER PICKERING HALE & DORR L
60 State Street, Suite 25
Boston, CA 02109
(617) 526-6000
sarah.frazier@wilmerhale.com

**MAKE CHECKS PAYABLE TO:**
Ana M. Dub, CSR 7445
Official Reporter
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
(415) 290-1651
ana_dub@cand.uscourts.gov

__ CRIMINAL    X CIVIL

DATE ORDERED: 10-15-2020

DATE DELIVERED: 11-01-2020

**In the matter of:** C 18-04881, Fairbairn v Fidelity Investments Chariable Gift Fund

HOURLY Delivery of PDF and Interactive Realtime Feed of Bench Trial before The Honorable Jacqueline Scott Corley on 10/19-10/21, 10/23, & 10/26-10/28/2020 & Master Index.  Vols. 1-7, Pages 1-1178. Master Index pages 1-12. Cost of Original split with opposing counsel.  Total pages 1190, divided by 2 = 595.5 pages. 1/2 pages billed by each Official Reporter.  Realtime feeds 2.10 x 2 feeds = 4.20.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 297 | 7.25 | 2153.25 | 297 | 1.20 | 356.40 | | 0.90 | | 2509.65 |
| Realtime | 574 | 4.20 | 2410.80 | | | | | | | 2410.80 |
| Misc. | Partial page | | | | | | | Misc. Charges | | 2.11 |
| | | | | | | | | **Subtotal** | | 4922.56 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 10-15-2020 | **Check:** Online | | | | | | | Less Amount of Deposit | | 5060.00 |
| **Date:** 11-01-2020 | **Check:** 11036 | | | | | | | Total Refund | | 137.44 |
| | | | | | | | | **Total Due** | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Ana M. Dub

DATE: 11-01-2020

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR