# EXHIBIT E

**Reproduction and Exemplification of Trial Exhibits**

| Invoice Date | Invoice No. | Vendor | Date of Proceeding | Description | Total Amount Claimed |
|---|---|---|---|---|---|
| 10/09/20 | FD25977-01-01 | First Legal | 10/19/20 - 10/28/20 | Expert Trial Exhibits | $368.99 |
| 10/12/20 | 1218142 | Warp 9 | 10/19/20 - 10/28/20 | Trial Exhibits | $228.58 |
| 10/12/20 | 1218141 | Warp 9 | 10/19/20 - 10/28/20 | Trial Exhibits | $2,026.21 |
| 10/26/20 | 1218185 | Warp 9 | 10/21/20 | Stephen Brooks Cross Examination Exhibits | $22.61 |
| 10/26/20 | 1218193 | Warp 9 | 10/19/20 - 10/28/20 | Trial Declarations and Exhibits | $40.37 |
| 10/26/20 | 1218180 | Warp 9 | 10/19/20 - 10/28/20 | Trial Declarations and Exhibits | $75.79 |
| 10/26/20 | 1218182 | Warp 9 | 10/20/20 - 10/21/20 | Malcolm Fairbairn Cross Examination Exhibits | $294.10 |
| 10/26/20 | 1218183 | Warp 9 | 10/21/20 | Emily Fairbairn Cross Examination Exhibits | $480.97 |
| 11/03/20 | 1218244 | Warp 9 | 10/28/20 | Brian Galle Cross Examination Exhibits | $82.57 |
| 11/03/20 | 1218273 | Warp 9 | 10/19/20 - 10/20/20 | Justin Kunz Cross Examination Exhibits | $167.21 |
| 11/10/20 | 1218276 | Warp 9 | 10/27/20 | Cristian Zarcu Direct Examination Exhibits | $36.57 |
| 11/10/20 | 1218275 | Warp 9 | 10/26/20 | Lawrence Harris Cross Examination Exhibits | $372.51 |
| 11/10/20 | 1218274 | Warp 9 | 10/21/20 | Kyle Casserino Cross Examination Exhibits | $111.84 |
| 11/24/20 | 1218311 | Warp 9 | 10/19/20 - 10/28/20 | Admitted Trial Exhibits | $335.39 |
| 11/24/20 | 1218330 | Warp 9 | 10/19/20 - 10/28/20 | Trial Exhibits | $138.43 |
| | | | | **Total Trial Exhibits Costs Claimed** | **$3,168.63** |

# INVOICE

**FL FIRST LEGAL** DIGITAL

P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: 83-2895761
Billing Inquiries: (877) 350-8698



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60187878 | October 9, 2020 | FD25977-01-01 |

**Bill To:**
Vikram Iyer
Wilmer Hale
350 S. Grand Avenue 2400
Los Angeles, CA 90071

**Ordered by:**
Vikram Iyer
Wilmer Hale
350 S. Grand Avenue 2400
Los Angeles, CA 90071

Order Date: 10/7/2020

| Reference: | 01058500-00140 | | Facility: | FIRST DIGITAL SOLUTIONS- LA |
|---|---|---|---|---|
| Claim # | 01058500-00140 | | Custodian: | |
| Case # | | | Telephone: | (866) 993-5061 |
| Case Name: | | | Address: | 1511 BEVERLY BLVD., LOS ANGELES, CA 90026 |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Blowbacks - B&W 8.5x11, 13-Hole Punched | 1,650.00 | .12 | 198.00 |
| Blowbacks - Color 8.5x11 - 13-Hole Punched | 99.00 | .72 | 71.28 |
| Card Stock | 4.00 | .50 | 2.00 |
| Tabs - Custom | 12.00 | .55 | 6.60 |
| Binding - Spiral Binding | 4.00 | 4.50 | 18.00 |
| Shipping - Hacienda Heights | 1.00 | 45.00 | 45.00 |

Regarding: Blowback x1 // Email original // Before Thurs EOD at LA - Production FIRST DIGITAL SOLUTIONS- LA LOS ANGELES

| | |
|---|---|
| SUB-TOTAL | 340.88 |
| SALES TAX | 28.11 |
| **TOTAL DUE** | **$ 368.99** |

Thank you for choosing First Digital Solutions! For billing inquiries, please call (877) 350-8698.

---

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

**FL FIRST LEGAL** DIGITAL

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Digital Solutions

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60187878 | October 9, 2020 | FD25977-01-01 |

| TOTAL DUE: | $ 368.99 |
|---|---|

**Mail Payment to:**
First Digital Solutions
P.O. Box 841441
Dallas, TX 75284-1441



**Bill To:**
Vikram Iyer
Wilmer Hale
350 S. Grand Avenue 2400
Los Angeles, CA 90071

Order#:FD25977-01/CINV

**WARP 9**
480 Clementina Street, #A
CA
(415) 512-8900
billing@warp9micro.com

**Invoice   1218142**



| BILL TO | | | |
|---|---|---|---|
| **Stanley Maderich**<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA  94304 | DATE<br>10/12/2020 | PLEASE PAY<br>$228.58 | DUE DATE<br>11/11/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CUSTOM EXHIBIT STAMP | 56 | 2.75 | 154.00 |
| CONVERSION - NATIVE TO SEARCHABLE PDF | 276 | 0.08 | 22.08 |
| ELECTRONIC IMAGE ENDORSING | 276 | 0.02 | 5.52 |
| TECHNICAL TIME - GENERAL: 1.0 HR (MANUALLY ADJUSTING EXHIBIT MARKERS AND EXPORTING TWO DELIVERABLES)<br>JOB ID# 1529122-01 | 1 | 150.00 | 150.00 |
| TAB - CUSTOM LABELED | 144 | 0.80 | 115.20T |
| JOB ID# 1529122-03 | | | |
| REQUESTED BY STANLEY MADERICH 20201007 | | | |
| JOINT TRIAL EXHIBITS 1-1099 (STAMPING AND TABS) | | | |
| PROJECT SPLIT WITH STRIS AND MAHER | 1 | -165.80 | -165.80 |
| PROJECT SPLIT WITH STRIS AND MAHER | 1 | -57.60 | -57.60T |

Thank you for your business.
Tax ID Number: 94-3342914

**SUBTOTAL** 223.40
**TAX (9%)** 5.18
**TOTAL** 228.58

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

TOTAL DUE   $228.58

THANK YOU.

**WARP 9**
480 Clementina Street, #A
CA
(415) 512-8900
billing@warp9micro.com

# Invoice  1218141



## BILL TO

**Stanley Maderich**
WilmerHale
950 Page Mill Road
Palo Alto, CA  94304

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/12/2020 | $2,026.21 | 11/11/2020 |

## CLIENT MATTER
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CUSTOM EXHIBIT STAMP | 386 | 2.75 | 1,061.50 |
| CONVERSION - NATIVE TO SEARCHABLE PDF | 3,072 | 0.08 | 245.76 |
| ELECTRONIC IMAGE ENDORSING | 3,072 | 0.02 | 61.44 |
| TECHNICAL TIME - GENERAL: 1.50 HRS (CREATING AND MANUAL ADJUSTMENT OF STICKERS TO COVERED TEXT, EXPORTING TWO SEPARATE DELIVERABLES) JOB ID# 1529121-01 | 1.50 | 150.00 | 225.00 |
| TAB - CUSTOM LABELED | 496 | 0.80 | 396.80T |
| JOB ID# 1529121-02 | | | |
| REQUESTED BY STANLEY MADERICH 20201007 | | | |
| ==DEFENDANTS TRIAL EXHIBITS== (STAMPING AND TABS) | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 1,990.50 |
| TAX (9%) | 35.71 |
| TOTAL | 2,026.21 |

| TOTAL DUE | $2,026.21 |

THANK YOU.

**WARP 9**
480 Clementina Street, #A
CA
(415) 512-8900
billing@warp9micro.com

# Invoice   1218185



| BILL TO | | | |
|---|---|---|---|
| Stanley Maderich<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA  94304 | DATE<br>10/26/2020 | PLEASE PAY<br>$22.61 | DUE DATE<br>11/25/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 1 | 0.10 | 0.10T |
| SERVICES - CLERICAL SUPPORT: DROP OFF TO FEDEX (CLIENT PROVIDED THE FEDEX LABEL) DELIVER TO  HEIDI HAUSE (CERRITOS  CA)<br>JOB ID# 1529179-01 | 0.50 | 45.00 | 22.50 |
| REQUESTED BY STANLEY MADERICH 20201019 | | | |
| ==PRINTING OF STEPHEN BROOKS MATERIALS== | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 22.60 |
| TAX (9%) | 0.01 |
| TOTAL | 22.61 |
| ==TOTAL DUE== | ==$22.61== |

THANK YOU.

**WARP 9**
480 Clementina Street, #A
CA
(415) 512-8900
billing@warp9micro.com

# Invoice   1218193



| BILL TO | | | |
|---|---|---|---|
| Stanley Maderich<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA  94304 | DATE<br>10/26/2020 | PLEASE PAY<br>$40.37 | DUE DATE<br>11/25/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 1/2" | 1 | 9.00 | 9.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 41 | 0.10 | 4.10T |
| TAB - CUSTOM LABELED | 1 | 1.00 | 1.00T |
| SERVICES - DELIVERY CHARGE/TRIP: DELIVERY TO MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY (SAN FRANCISCO  CA)<br>JOB ID# 1529189-01 | 1 | 25.00 | 25.00 |
| REQUESTED BY STANLEY MADERICH 20201021 | | | |
| 20201021_TRIAL DECLARATIONS AND EXHIBITS TO JUDGE CORLEY | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 39.10 |
| TAX (9%) | 1.27 |
| TOTAL | 40.37 |
| TOTAL DUE | $40.37 |

THANK YOU.

**WARP 9**
480 Clementina Street, #A
CA
(415) 512-8900
billing@warp9micro.com

# Invoice   1218180



| BILL TO | | | |
|---|---|---|---|
| Stanley Maderich<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA  94304 | DATE<br>10/26/2020 | PLEASE PAY<br>$75.79 | DUE DATE<br>11/25/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 1" | 2 | 9.00 | 18.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 116 | 0.10 | 11.60T |
| TAB - CUSTOM LABELED | 17 | 1.00 | 17.00T |
| SERVICES - DELIVERY CHARGE/TRIP: DELIVERY TO MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY (SAN FRANCISCO  CA)<br>JOB ID# 1529171-01 | 1 | 25.00 | 25.00 |
| REQUESTED BY STANLEY MADERICH 20201018 | | | |
| 20201018TRIAL DECLARATIONS AND EXHIBITS TO JUDGE CORLEY | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 71.60 |
| TAX (9%) | 4.19 |
| TOTAL | 75.79 |

**TOTAL DUE**   $75.79

THANK YOU.

**WARP 9**
480 Clementina Street, #A
CA
(415) 512-8900
billing@warp9micro.com

# Invoice 1218182

**WARP9**

**BILL TO**

Stanley Maderich
WilmerHale
950 Page Mill Road
Palo Alto, CA  94304

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/26/2020 | $294.10 | 11/25/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 2" | 1 | 11.00 | 11.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 527 | 0.10 | 52.70T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 12 | 0.65 | 7.80T |
| TAB - CUSTOM LABELED | 24 | 1.00 | 24.00T |
| SERVICES - DELIVERY CHARGE/TRIP: DELIVERY TO MALCOLM FAIRBAIRN (ORINDA  CA) NOTE: HAD TO BRING BACK THE JOB AND REDELIVER. JOB ID# 1529174-01 | 2 | 95.00 | 190.00 |
| REQUESTED BY STANLEY MADERICH 20201019 | | | |
| PRINTING OF M. FAIRBAIRN CROSS EXHIBITS | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 285.50 |
| TAX (9%) | 8.60 |
| TOTAL | 294.10 |

**TOTAL DUE**  $294.10

THANK YOU.

**WARP 9**
480 Clementina Street, #A
CA
(415) 512-8900
billing@warp9micro.com

**Invoice   1218183**



| BILL TO | | | |
|---|---|---|---|
| Stanley Maderich | DATE | PLEASE PAY | DUE DATE |
| WilmerHale | 10/26/2020 | $480.97 | 11/25/2020 |
| 950 Page Mill Road | | | |
| Palo Alto, CA  94304 | | | |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---:|---:|---:|
| BINDER - 3" | 1 | 15.00 | 15.00T |
| BLOWBACK WITH ASSEMBLY - B&W (11X17) | 801 | 0.35 | 280.35T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 15 | 0.65 | 9.75T |
| TAB - CUSTOM LABELED | 49 | 1.00 | 49.00T |
| SERVICES - DELIVERY CHARGE/TRIP: DELIVERY TO EMILY FAIRBAIRN (ORINDA CA) | 1 | 95.00 | 95.00 |

JOB ID# 1529176-01
REQUESTED BY STANLEY MADERICH 20201019
**PRINTING OF E. FAIRBAIRN CROSS EXHIBITS**

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---:|
| SUBTOTAL | 449.10 |
| TAX (9%) | 31.87 |
| TOTAL | 480.97 |
| **TOTAL DUE** | **$480.97** |

THANK YOU.

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

Invoice   1218244



| BILL TO | | | |
|---|---|---|---|
| Stanley Maderich<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA  94304 | DATE<br>11/03/2020 | PLEASE PAY<br>$82.57 | DUE DATE<br>12/03/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 2" | 1 | 11.00 | 11.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 371 | 0.10 | 37.10T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 21 | 0.65 | 13.65T |
| TAB - CUSTOM LABELED | 14 | 1.00 | 14.00T |

PROJECT WAS HANDLED BY LUIS GONZALEZ (MAVEN DISCOVERY)

JOB ID# 1529217-01

REQUESTED BY STANLEY MADERICH 20201027

**BRIAN GALLE CROSS EXAMINATION EXHIBITS**

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 75.75 |
| TAX (9%) | 6.82 |
| TOTAL | 82.57 |

**TOTAL DUE**  $82.57

THANK YOU.

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

**Invoice   1218273**



| BILL TO | | | |
|---|---|---|---|
| **Stanley Maderich**<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA  94304 | DATE<br>11/03/2020 | PLEASE PAY<br>$167.21 | DUE DATE<br>12/03/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 1" | 1 | 9.00 | 9.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 186 | 0.10 | 18.60T |
| TAB - CUSTOM LABELED | 57 | 1.00 | 57.00T |
| SERVICES - DELIVERY CHARGE/TRIP | 1 | 75.00 | 75.00 |
| DELIVERY TO JUSTIN KUNZ (SAN ANSELMO  CA) | | | |
| JOB ID# 1529153-01 | | | |
| REQUESTED BY STANLEY MADERICH 20201015 | | | |
| 20201015_PLAINTIFF'S DISCLOSED KUNZ EXHIBITS | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 159.60 |
| TAX (9%) | 7.61 |
| TOTAL | 167.21 |
| **TOTAL DUE** | **$167.21** |

THANK YOU.

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

# Invoice   1218276

WARP9

**BILL TO**

**Stanley Maderich**
WilmerHale
950 Page Mill Road
Palo Alto, CA  94304

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/10/2020 | $36.57 | 12/10/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 1/2" | 1 | 9.00 | 9.00T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 27 | 0.65 | 17.55T |
| TAB - CUSTOM LABELED | 7 | 1.00 | 7.00T |
| JOB ID# 1529199-01 | | | |
| REQUESTED BY STANLEY MADERICH 20201023 | | | |
| 20201023_PRINTING OF ZARCU DIRECT EXAMINATION EXHIBITS (SHREDDED) | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 33.55 |
| TAX (9%) | 3.02 |
| TOTAL | 36.57 |

| TOTAL DUE | $36.57 |
|---|---|

THANK YOU.

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

Invoice   1218275



**BILL TO**

**Stanley Maderich**
WilmerHale
950 Page Mill Road
Palo Alto, CA  94304

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/10/2020 | $372.51 | 12/10/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 3" | 2 | 15.00 | 30.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 1,118 | 0.10 | 111.80T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 152 | 0.65 | 98.80T |
| TAB - CUSTOM LABELED | 14 | 1.00 | 14.00T |
| SERVICES - DELIVERY CHARGE/TRIP | 1 | 95.00 | 95.00 |
| DELIVERY TO LAWRENCE HARRIS (LOS ANGELES  CA) | | | |
| DELIVERY TO HEIDI HAUSE (CERRITOS  CA) | | | |
| JOB ID# 1529190-01 | | | |
| REQUESTED BY STANLEY MADERICH 20201021 | | | |
| 20201021_PRINTING OF HARRIS CROSS MATERIALS | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 349.60 |
| TAX (9%) | 22.91 |
| TOTAL | 372.51 |
| **TOTAL DUE** | **$372.51** |

THANK YOU.

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

Invoice   1218274



**BILL TO**

**Stanley Maderich**
WilmerHale
950 Page Mill Road
Palo Alto, CA  94304

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/10/2020 | $111.84 | 12/10/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 1" | 1 | 9.00 | 9.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 58 | 0.10 | 5.80T |
| TAB - CUSTOM LABELED | 19 | 1.00 | 19.00T |
| SERVICES - DELIVERY CHARGE/TRIP | 1 | 75.00 | 75.00 |
| DELIVERY TO KYLE CASSERINO (SANTA MONICA  CA) | | | |
| JOB ID# 1529173-01 | | | |
| REQUESTED BY STANLEY MADERICH 20201019 | | | |

==PRINTING OF CASSERINO EXHIBITS==

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---:|
| SUBTOTAL | 108.80 |
| TAX (9%) | 3.04 |
| TOTAL | 111.84 |
| ==TOTAL DUE== | ==$111.84== |

THANK YOU.

# WARP 9

480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

**Invoice   1218311**

## BILL TO

**Stanley Maderich**
WilmerHale
950 Page Mill Road
Palo Alto, CA  94304

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/24/2020 | $335.39 | 12/24/2020 |

## CLIENT MATTER
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 4" | 2 | 18.00 | 36.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 605 | 0.10 | 60.50T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 466 | 0.65 | 302.90T |
| TAB - CUSTOM LABELED | 166 | 1.00 | 166.00T |
| MEDIA - FLASH DRIVE 16GB | 1 | 25.00 | 25.00 |
| SERVICES - DELIVERY CHARGE/TRIP | 1 | 25.00 | 25.00T |
| DELIVERY TO COURT HOUSE (SAN FRANCISCO  CA) | | | |
| JOB ID# 1529275-01 | | | |
| REQUESTED BY STANLEY MADERICH 20201112 | | | |
| 20201112 FAIRBAIRN V. FIDELITY - DELIVERING ADMITTED EXHIBITS TO THE COURT | | | |
| PROJECT SPLIT WITH STRIS & MAHER LLP | 1 | -307.70 | -307.70T |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 307.70 |
| TAX (9%) | 27.69 |
| TOTAL | 335.39 |

**TOTAL DUE**  $335.39

THANK YOU.

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

# Invoice   1218330



| BILL TO | | | |
|---|---|---|---|
| Stanley Maderich<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA  94304 | DATE<br>11/24/2020 | PLEASE PAY<br>$138.43 | DUE DATE<br>12/24/2020 |

**CLIENT MATTER**
0108500-00140

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 1" | 1 | 9.00 | 9.00T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 140 | 0.65 | 91.00T |
| TAB - CUSTOM LABELED | 2 | 1.00 | 2.00T |
| SERVICES - DELIVERY CHARGE/TRIP | 1 | 25.00 | 25.00T |
| JOB ID# 1529303-01 | | | |
| REQUESTED BY STANLEY MADERICH 20201119 | | | |
| 20201119 PRINT AND DELIVERY REQUEST | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

| | |
|---|---|
| SUBTOTAL | 127.00 |
| TAX (9%) | 11.43 |
| TOTAL | 138.43 |
| **TOTAL DUE** | **$138.43** |

THANK YOU.