# EXHIBIT F

**Trial Graphics and Visual Aids**

| Invoice Date | Invoice No. | Vendor | Date of Work | Description | Total Amount Claimed |
|---|---|---|---|---|---|
| 04/05/20 | WH-Fidelity-1003 | Impact Trial | 3/3/20 - 3/26/20 | Prepare graphics and demonstratives; prepare videos for trial | $27,508.69 |
| 09/03/20 | WH-Fidelity-1004 | Impact Trial | 8/27/20 - 8/31/20 | Prepare graphics and demonstratives | $2,173.75 |
| 10/05/20 | WH-Fidelity-1005 | Impact Trial | 9/1/20 - 9/29/20 | Prepare graphics and demonstratives | $3,995.00 |
| 11/05/20 | WH-Fidelity-1006 | Impact Trial | 10/5/20 - 10/27/20 | Prepare graphics and demonstratives; prepare videos for trial | $67,151.25 |
| 12/04/20 | WH-Fidelity-1007 | Impact Trial | 11/28/20 - 11/30/20 | Prepare graphics and demonstratives for closing argument | $4,465.00 |
| | | | | **Total Trial Demonstratives Costs Claimed** | **$105,293.69** |



**Impact Trial Consulting LLC**
8875 Hidden River Pkwy,
Suite 300
Tampa, FL  33637 US

# WH-Fidelity-1003

| BILL TO | | | |
|---|---|---|---|
| **Andrew S. Dulberg** | DATE | PLEASE PAY | DUE DATE |
| WilmerHale LLP | 04/05/2020 | **$27,508.69** | 06/04/2020 |
| 60 State Street | | | |
| Boston, MA  02109 USA | | | |

**INVOICE NO.**
WH-Fidelity-1003

**MATTER NAME**
Fairbairn v. Fidelity

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | 03/03/2020 | |
| 03/03/2020 | Services:Graphics:Project Meeting - Alison Von Dollen, 30 mins @ $235.00/hr | 117.50 |
| 03/03/2020 | Services:Graphics:Project Meeting - Alexander Bievenour, 30 mins @ $235.00/hr | 117.50 |
| 03/03/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 15 mins @ $235.00/hr | 58.75 |
| 03/03/2020 | Services:Technology:Database Work - Brian Lee, 1 hr @ $235.00/hr | 235.00 |
| | 03/04/2020 | |
| 03/04/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| 03/04/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs 30 mins @ $235.00/hr | 822.50 |
| 03/04/2020 | Services:Technology:Database Work - Brian Lee, 3 hrs 15 mins @ $235.00/hr | 763.75 |
| | 03/05/2020 | |
| 03/05/2020 | Services:Graphics:Project Meeting - Alexander Bievenour, 15 mins @ $235.00/hr | 58.75 |
| 03/05/2020 | Services:Graphics:Project Meeting - Alison Von Dollen, 15 mins @ $235.00/hr | 58.75 |
| 03/05/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs 30 mins @ $235.00/hr | 822.50 |
| | 03/06/2020 | |
| 03/06/2020 | Services:Technology:Database Work - Brian Lee, 15 mins @ $235.00/hr | 58.75 |
| 03/06/2020 | Services:Graphics:Project Meeting - Alison Von Dollen, 30 mins @ $235.00/hr | 117.50 |
| 03/06/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 6 hrs 45 mins @ $235.00/hr | 1,586.25 |
| | 03/07/2020 | |
| 03/07/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 5 hrs 30 mins @ $235.00/hr | 1,292.50 |
| | 03/08/2020 | |
| 03/08/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs 45 mins @ $235.00/hr | 881.25 |
| 03/08/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 7 hrs 30 mins @ $235.00/hr | 1,762.50 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 03/09/2020 | |
| 03/09/2020 | Services:Graphics:Project Meeting - Alexander Bievenour, 45 mins @ $235.00/hr | 176.25 |
| 03/09/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs 30 mins @ $235.00/hr | 822.50 |
| 03/09/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 6 hrs 15 mins @ $235.00/hr | 1,468.75 |
| | 03/10/2020 | |
| 03/10/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 5 hrs @ $235.00/hr | 1,175.00 |
| 03/10/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| 03/10/2020 | Services:Technology:Database Work - Brian Lee, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| 03/10/2020 | Video Synchronization: Synchron Voice and Video, Inc. Invoice 18456 | 72.44 |
| | 03/12/2020 | |
| 03/12/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 5 hrs @ $235.00/hr | 1,175.00 |
| 03/12/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| 03/12/2020 | Services:Technology:Database Work - Brian Lee, 10 hrs 15 mins @ $235.00/hr | 2,408.75 |
| 03/12/2020 | Services:Technology:Deposition Video Editing - John Christopher, 6 hrs 45 mins @ $235.00/hr | 1,586.25 |
| 03/12/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 2 hrs @ $235.00/hr | 470.00 |
| | 03/13/2020 | |
| 03/13/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 4 hrs @ $235.00/hr | 940.00 |
| 03/13/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 1 hr 30 mins @ $235.00/hr | 352.50 |
| 03/13/2020 | Services:Technology:Deposition Video Editing - John Christopher, 8 hrs 30 mins @ $235.00/hr | 1,997.50 |
| | 03/18/2020 | |
| 03/18/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 1 hr 45 mins @ $235.00/hr | 411.25 |
| 03/18/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 3 hrs @ $235.00/hr | 705.00 |
| | 03/19/2020 | |
| 03/19/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| | 03/20/2020 | |
| 03/20/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 3 hrs 30 mins @ $235.00/hr | 822.50 |
| | 03/23/2020 | |
| 03/23/2020 | Services:Graphics:Development & Production - Alison Von Dollen, 2 hrs @ $235.00/hr | 470.00 |
| | 03/26/2020 | |
| 03/26/2020 | Services:Technology:Deposition Video Editing - John Christopher, 3 hrs 15 mins @ $235.00/hr | 763.75 |
| | 03/27/2020 | |
| 03/27/2020 | Total Hours: 116.75 @ $235.00 = $27,436.25 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/27/2020 | Total Video Synchronization Charges: $72.44 | |

Please Remit Wire or ACH Payment to:

■■■■■■■
■■■■■■■■■
■■■■■■■■■■
■■■■■■■■■
■■■■■■■■■■■
■■■■■■■

| | TOTAL DUE | $27,508.69 |
|---|---|---|

THANK YOU.



Impact Trial Consulting LLC
8875 Hidden River Pkwy,
Suite 300
Tampa, FL  33637 US

# WH-Fidelity-1004

**BILL TO**
Andrew S. Dulberg
WilmerHale LLP
60 State Street
Boston, MA  02109 USA

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 09/03/2020 | $2,173.75 | 11/02/2020 |

**INVOICE NO.**
WH-Fidelity-1004

**MATTER NAME**
Fairbairn v Fidelity Investment

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 08/27/2020 | |
| 08/27/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 4 hrs @ $235.00/hr | 940.00 |
| | 08/28/2020 | |
| 08/28/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 2 hrs 15 mins @ $235.00/hr | 528.75 |
| | 08/31/2020 | |
| 08/31/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs @ $235.00/hr | 705.00 |
| | 09/01/2020 | |
| 09/01/2020 | Total Hours: 9.25 @ $235.00 = $2,173.75 | |

Please Remit Wire or ACH Payment to:

[redacted]

**TOTAL DUE** $2,173.75

THANK YOU.



Impact Trial Consulting LLC
8875 Hidden River Pkwy,
Suite 300
Tampa, FL  33637 US

WH-Fidelity-1005

**BILL TO**
Andrew S. Dulberg
WilmerHale LLP
60 State Street
Boston, MA  02109 USA

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/05/2020 | $3,995.00 | 12/04/2020 |

**INVOICE NO.**
WH-Fidelity-1005

**MATTER NAME**
Fairbairn v Fidelity Investment

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 09/01/2020 | |
| 09/01/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 2 hrs 15 mins @ $235.00/hr | 528.75 |
| | 09/02/2020 | |
| 09/02/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 1 hr 45 mins @ $235.00/hr | 411.25 |
| | 09/21/2020 | |
| 09/21/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 1 hr @ $235.00/hr | 235.00 |
| | 09/22/2020 | |
| 09/22/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 15 mins @ $235.00/hr | 58.75 |
| | 09/25/2020 | |
| 09/25/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 7 hrs 15 mins @ $235.00/hr | 1,703.75 |
| | 09/29/2020 | |
| 09/29/2020 | Services:Technology:Trial Preparation - John Christopher, 4 hrs 30 mins @ $235.00/hr | 1,057.50 |
| | 09/30/2020 | |
| 09/30/2020 | Total Hours: 17.00 @ $235.00 = $3,995.00 | |

Please Remit Wire or ACH Payment to:



TOTAL DUE   $3,995.00

THANK YOU.



**Impact Trial Consulting LLC**
8875 Hidden River Pkwy,
Suite 300
Tampa, FL  33637 US

# WH-Fidelity-1006

**BILL TO**
Andrew S. Dulberg
WilmerHale LLP
60 State Street
Boston, MA  02109 USA

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/05/2020 | $67,286.03 | 01/04/2021 |

**INVOICE NO.**
WH-Fidelity-1006

**MATTER NAME**
Fairbairn v Fidelity Investment

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 10/05/2020 | |
| 10/05/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 4 hrs @ $235.00/hr | 940.00 |
| 10/05/2020 | Services:Graphics:Development & Production - Kilian Goltra, 1 hr @ $235.00/hr | 235.00 |
| 10/05/2020 | Services:Graphics:Project Meeting - Kilian Goltra, 1 hr @ $235.00/hr | 235.00 |
| | 10/06/2020 | |
| 10/06/2020 | Services:Graphics:Project Meeting - Alexander Bievenour, 45 mins @ $235.00/hr | 176.25 |
| 10/06/2020 | Services:Graphics:Development & Production - Kilian Goltra, 8 hrs 30 mins @ $235.00/hr | 1,997.50 |
| 10/06/2020 | Services:Graphics:Development & Production - Brittany Peters, 30 mins @ $235.00/hr | 117.50 |
| 10/06/2020 | Services:Graphics:Project Meeting - Kilian Goltra, 30 mins @ $235.00/hr | 117.50 |
| | 10/07/2020 | |
| 10/07/2020 | Services:Graphics:Development & Production - Brittany Peters, 2 hrs 45 mins @ $235.00/hr | 646.25 |
| | 10/08/2020 | |
| 10/08/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 7 hrs @ $235.00/hr | 1,645.00 |
| 10/08/2020 | Services:Graphics:Project Meeting - Alexander Bievenour, 30 mins @ $235.00/hr | 117.50 |
| 10/08/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs 15 mins @ $235.00/hr | 763.75 |
| 10/08/2020 | Services:Graphics:Development & Production - Brittany Peters, 2 hrs @ $235.00/hr | 470.00 |
| 10/08/2020 | Services:Graphics:Development & Production - Kilian Goltra, 7 hrs 45 mins @ $235.00/hr | 1,821.25 |
| 10/08/2020 | Services:Technology:Project Meeting - Thomas Lee, 45 mins @ $235.00/hr | 176.25 |
| | 10/09/2020 | |
| 10/09/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 1 hr 45 mins @ $235.00/hr | 411.25 |
| 10/09/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 4 hrs 30 mins @ $235.00/hr | 1,057.50 |
| 10/09/2020 | Services:Technology:Trial Preparation - Clinton Lam, 1 hr 30 mins @ $235.00/hr | 352.50 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | 10/11/2020 | |
| 10/11/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 2 hrs @ $235.00/hr | 470.00 |
| 10/11/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs 45 mins @ $235.00/hr | 881.25 |
| | 10/12/2020 | |
| 10/12/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 2 hrs @ $235.00/hr | 470.00 |
| 10/12/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs 15 mins @ $235.00/hr | 763.75 |
| 10/12/2020 | Services:Graphics:Development & Production - Kilian Goltra, 2 hrs 15 mins @ $235.00/hr | 528.75 |
| | 10/13/2020 | |
| 10/13/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 4 hrs @ $235.00/hr | 940.00 |
| 10/13/2020 | Services:Graphics:Development & Production - Kilian Goltra, 9 hrs 45 mins @ $235.00/hr | 2,291.25 |
| 10/13/2020 | Services:Graphics:Development & Production - Brittany Peters, 5 hrs 30 mins @ $235.00/hr | 1,292.50 |
| | 10/14/2020 | |
| 10/14/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 5 hrs 15 mins @ $235.00/hr | 1,233.75 |
| 10/14/2020 | Services:Graphics:Development & Production - Kilian Goltra, 6 hrs 15 mins @ $235.00/hr | 1,468.75 |
| 10/14/2020 | Services:Graphics:Development & Production - Brittany Peters, 5 hrs 30 mins @ $235.00/hr | 1,292.50 |
| 10/14/2020 | Services:Technology:Trial Preparation - Thomas Lee, 1 hr 45 mins @ $235.00/hr | 411.25 |
| 10/14/2020 | Services:Graphics:Project Meeting - Alexander Bievenour, 1 hr @ $235.00/hr | 235.00 |
| | 10/15/2020 | |
| 10/15/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 7 hrs 45 mins @ $235.00/hr | 1,821.25 |
| 10/15/2020 | Services:Graphics:Development & Production - Kilian Goltra, 9 hrs 45 mins @ $235.00/hr | 2,291.25 |
| 10/15/2020 | Services:Graphics:Development & Production - Brittany Peters, 7 hrs @ $235.00/hr | 1,645.00 |
| 10/15/2020 | Services:Technology:Trial Preparation - Thomas Lee, 45 mins @ $235.00/hr | 176.25 |
| | 10/16/2020 | |
| 10/16/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 3 hrs @ $235.00/hr | 705.00 |
| 10/16/2020 | Services:Graphics:Development & Production - Kilian Goltra, 8 hrs 30 mins @ $235.00/hr | 1,997.50 |
| 10/16/2020 | Services:Technology:Trial Preparation - Thomas Lee, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| 10/16/2020 | Services:Graphics:Project Meeting - Alexander Bievenour, 1 hr @ $235.00/hr | 235.00 |
| 10/16/2020 | Shipping: FedEx Invoice 5-305-20039 | 51.72 |
| | 10/17/2020 | |
| 10/17/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 15 mins @ $235.00/hr | 58.75 |
| 10/17/2020 | Services:Graphics:Development & Production - Kilian Goltra, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| | 10/18/2020 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 15 mins @ $235.00/hr | 58.75 |
| 10/18/2020 | Services:Graphics:Development & Production - Kilian Goltra, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| 10/18/2020 | Services:Technology:Trial Preparation - Thomas Lee, 4 hrs 15 mins @ $235.00/hr | 998.75 |
| | 10/19/2020 | |
| 10/19/2020 | Services:Graphics:Project Meeting - Kilian Goltra, 45 mins @ $235.00/hr | 176.25 |
| 10/19/2020 | Services:Technology:Presentation Support - Thomas Lee, 7 hrs 30 mins @ $235.00/hr | 1,762.50 |
| | 10/20/2020 | |
| 10/20/2020 | Services:Graphics:Development & Production - Brittany Peters, 6 hrs @ $235.00/hr | 1,410.00 |
| 10/20/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 3 hrs @ $235.00/hr | 705.00 |
| 10/20/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 30 mins @ $235.00/hr | 117.50 |
| 10/20/2020 | Services:Graphics:Development & Production - Kilian Goltra, 11 hrs 15 mins @ $235.00/hr | 2,643.75 |
| 10/20/2020 | Services:Technology:Presentation Support - Thomas Lee, 8 hrs 45 mins @ $235.00/hr | 2,056.25 |
| 10/20/2020 | Shipping: FedEx Invoice 5-308-58815 | 83.06 |
| | 10/21/2020 | |
| 10/21/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 45 mins @ $235.00/hr | 176.25 |
| 10/21/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 2 hrs @ $235.00/hr | 470.00 |
| 10/21/2020 | Services:Graphics:Development & Production - Kilian Goltra, 16 hrs 45 mins @ $235.00/hr | 3,936.25 |
| 10/21/2020 | Services:Graphics:Development & Production - Brittany Peters, 4 hrs 45 mins @ $235.00/hr | 1,116.25 |
| 10/21/2020 | Services:Technology:Presentation Support - Thomas Lee, 10 hrs 45 mins @ $235.00/hr | 2,526.25 |
| | 10/22/2020 | |
| 10/22/2020 | Services:Technology:Deposition Video Editing - Randall Carter, 3 hrs @ $235.00/hr | 705.00 |
| 10/22/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| 10/22/2020 | Services:Graphics:Development & Production - Kilian Goltra, 13 hrs 45 mins @ $235.00/hr | 3,231.25 |
| 10/22/2020 | Services:Graphics:Development & Production - Brittany Peters, 6 hrs 15 mins @ $235.00/hr | 1,468.75 |
| 10/22/2020 | Services:Technology:Trial Preparation - Thomas Lee, 2 hrs 30 mins @ $235.00/hr | 587.50 |
| | 10/23/2020 | |
| 10/23/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 2 hrs 15 mins @ $235.00/hr | 528.75 |
| 10/23/2020 | Services:Technology:Presentation Support - Thomas Lee, 10 hrs 30 mins @ $235.00/hr | 2,467.50 |
| | 10/25/2020 | |
| 10/25/2020 | Services:Technology:Trial Preparation - Thomas Lee, 4 hrs 30 mins @ $235.00/hr | 1,057.50 |
| | 10/26/2020 | |
| 10/26/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 30 mins @ $235.00/hr | 117.50 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/26/2020 | Services:Technology:Presentation Support - Thomas Lee, 10 hrs 30 mins @ $235.00/hr | 2,467.50 |
| 10/27/2020 | | |
| 10/27/2020 | Services:Technology:Presentation Support - Thomas Lee, 6 hrs 15 mins @ $235.00/hr | 1,468.75 |
| 10/27/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 15 mins @ $235.00/hr | 58.75 |
| 10/28/2020 | | |
| 10/28/2020 | Total Hours: 285.75 @ $235.00 = $67,151.25 | |
| 10/28/2020 | Total shipping Charges: $134.78 | |

Please Remit Wire or ACH Payment to:

TOTAL DUE  $67,286.03

THANK YOU.



Impact Trial Consulting LLC
8875 Hidden River Pkwy,
Suite 300
Tampa, FL  33637 US

WH-Fidelity-1007

**BILL TO**
Andrew S. Dulberg
WilmerHale LLP
60 State Street
Boston, MA  02109 USA

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/04/2020 | $4,465.00 | 02/02/2021 |

**INVOICE NO.**
WH-Fidelity-1007

**MATTER NAME**
Fairbairn v Fidelity Investment

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | 11/28/2020 |  |
| 11/28/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 2 hrs 45 mins @ $235.00/hr | 646.25 |
|  | 11/30/2020 |  |
| 11/30/2020 | Services:Graphics:Development & Production - Alexander Bievenour, 7 hrs @ $235.00/hr | 1,645.00 |
| 11/30/2020 | Services:Graphics:Development & Production - Brittany Peters, 9 hrs 15 mins @ $235.00/hr | 2,173.75 |
|  | 12/01/2020 |  |
| 12/01/2020 | Total Hours: 19.00 @ $235.00 = $4,465.00 |  |

Please Remit Wire or ACH Payment to:



TOTAL DUE            $4,465.00

THANK YOU.