# EXHIBIT G

**Witness Expenses**

| Invoice No. | Dates | Witness | Description | Travel Costs | Total Amount Claimed |
|---|---|---|---|---|---|
| 111785 | 11/6/19 - 11/7/19 | **Zarcu, Cristian** | Deposition Attendance - Taxi, train, and hotel | 552.46 ($429.23 for hotel, $91.50 for train, and $31.73 for taxis) | **$552.46** |
| | | | | | |
| | | | | **Total Witness Expenses Claimed** | **$552.46** |

# ELEVENCANTERBURY

P.O. Box 111001
Naples, FL 34108

Phone: +1 888-330-6850
admin@elevencanterbury.com

## INVOICE

**BILL TO**
Drew Dulberg
Wilmer Hale
60 State St
Boston, MA  02109
United States

**INVOICE #** 111785
**DATE** 11/19/2019
**DUE DATE** 12/19/2019
**TERMS** 30 Days Net



| ACTIVITY | AMOUNT |
|---|---|
| **Consulting Fees**<br>Expert Cristian Zarcu to assist WilmerHale in its representation of its client Fidelity Investments Charitable Gift Fund ("Fidelity Charitable") in the matter of Fairbairn v. Fidelity Investments Charitable Gift Fund, No. 3:18-cv-4881 (N.D. Cal.) | 0.00 |
| **Consulting Expense Inc**<br>Trip to LA for matter:  Taxi ($90.45) + Amtrak ($91.50) + Hotel ($1,326.72) + Food ($111.48) | 1,620.15 |

# Proforma Invoice

**Freehand Los Angeles**
416 W 8th Street
Los Angeles CA 90014
United States of America

Zarcu, Cristian
17232 Via De Fortuna
Rancho Santa Fe Ca 92067
United States of America

**Invoice Date:** 11-07-2019
**Invoice Number:** 211274

**Arrival Date:** 11-05-2019
**Departure Date:** 11-07-2019
**Room Number:** 0609
**Confirmation Number:** 245367
**Tax Number:**

| Date | Description | Amount |
|---|---|---|
| 11-06-2019 | Minibar Food | $ 5.00 |
| 11-06-2019 | California Sales Tax 9.5% | $ 0.48 |
| 11-06-2019 | Room Charge - PR | $ 351.00 |
| 11-06-2019 | Occupancy Tax 14% | $ 49.14 |
| 11-06-2019 | City of LA LATMD 1.5% | $ 5.27 |
| 11-06-2019 | California Tourism Assessment Fee .195% | $ 0.68 |
| 11-06-2019 | Facility Fee (OTA) | $ 20.00 |
| 11-06-2019 | Occupancy Tax 14% | $ 2.80 |
| 11-06-2019 | City of LA LATMD 1.5% | $ 0.30 |
| 11-06-2019 | California Tourism Assessment Fee .195% | $ 0.04 |

## Receipt 1

**EXCHANGE RECEIPT** — Ticket Coupon 01 of 01 — **EXCHANGE RECEIPT AMTRAK**

I acknowledge... accept billing to the credit card identified below.

X

Date of Issue: 05Nov190911AM
Place of Issue: SOL
800-USA-RAIL
RES# 41E345-021119
TKT# 3094949510879

ZARCU/CRISTIAN

From:
To:
Endorsement/Restrictions

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment
MERCH ID 04949
Accom Charge

Fare Plans
Pricing Pts

Total Charge
098108569436
SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.

NRPT 96  STOCK CONTROL NO.

| | |
|---|---|
| ORIG AMOUNT PAID | 30.75 |
| TRAVELLED AMOUNT | 0.00 |
| FORFEITED AMOUNT | 0.00 |
| AVAILABLE AMOUNT | 30.75 |
| **REVISED FARE** | **45.75** |
| TKT DELIVERY FEE | 0.00 |
| REFUNDABLE AMOUNT | 0.00 |
| Visa Accom Space/Car | 15.00 |
| Rail Fare | Accom Charge |
| EVOUCHER | 0.00 |
| REFUNDED | 0.00 |

05Nov190911AM  41E345
PASSENGER RECEIPT

---

## Receipt 2

**EXCHANGE RECEIPT** — Ticket Coupon 01 of 01 — **EXCHANGE RECEIPT AMTRAK**

I acknowledge... accept billing to the credit card identified below.

X

Date of Issue: 05Nov190910AM
Place of Issue: SOL
800-USA-RAIL
RES# 41E343-021119
TKT# 3094949510762

ZARCU/CRISTIAN

From:
To:
Endorsement/Restrictions

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment
MERCH ID 04949
Accom Charge

Fare Plans
Pricing Pts

Total Charge
098108569403
SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.

NRPT 96  STOCK CONTROL NO.

| | |
|---|---|
| ORIG AMOUNT PAID | 30.75 |
| TRAVELLED AMOUNT | 0.00 |
| FORFEITED AMOUNT | 0.00 |
| AVAILABLE AMOUNT | 30.75 |
| **REVISED FARE** | **45.75** |
| TKT DELIVERY FEE | 0.00 |
| REFUNDABLE AMOUNT | 0.00 |
| Visa Accom Space/Car | 15.00 |
| Rail Fare | Accom Charge |
| EVOUCHER | 0.00 |
| REFUNDED | 0.00 |

05Nov190910AM  41E343
PASSENGER RECEIPT

# Thanks for riding, Cristian

We hope you enjoyed your ride this morning.



| | |
|---|---|
| **Total** | **$18.11** |

| | |
|---|---|
| Trip Fare | $14.56 |
| Subtotal | $14.56 |
| Tolls, Surcharges, and Fees | $3.55 |



$18.11

•••• 3836

Switch

A temporary hold of $18.11 was placed on your payment method •••• 3836 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

# Thanks for riding, Cristian

We hope you enjoyed your ride this afternoon.



**Total**                                $13.62

---

Trip fare                                $13.62

Subtotal                                 $13.62

VISA                                     $13.62
•••• 3836

Switch