**STRIS & MAHER LLP**
PETER K. STRIS
　pstris@stris.com
ELIZABETH R. BRANNEN
　ebrannen@stris.com
RACHANA A. PATHAK
　rpathak@stris.com
777 S. Figueroa Street, Suite 3850
Los Angeles, CA 90017

BRIDGET ASAY (*pro hac vice*)
　basay@stris.com
28 Elm Street, Floor 2
Montpelier, VT 05602

T: (213) 995-6800 | F: (213) 261-0299

*Attorneys for Plaintiffs*
EMILY AND MALCOLM FAIRBAIRN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY FAIRBAIRN and MALCOLM FAIRBAIRN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FIDELITY INVESTMENTS CHARITABLE GIFT FUND,<br><br>　　　　Defendant. | Case No. 3:18-cv-04881-JSC<br><br>[Hon. Jacqueline Scott Corley]<br><br>**DECLARATION OF RACHANA PATHAK IN SUPPORT OF OBJECTIONS TO BILL OF COSTS** |

I, Rachana Pathak, declare as follows:

1. I am counsel of record for Plaintiffs Emily and Malcolm Fairbairn in this action. I submit this declaration in support of Plaintiffs' Objections to the Bill of Costs filed by Fidelity Investments Charitable Gift Fund. I make this declaration based on personal knowledge and, if called to testify about its contents, could and would do so competently.

2. Attached as **Exhibit A** is a true and correct copy of a cover email and letter that I sent on March 15, 2021 to counsel for Fidelity Investments Charitable Gift Fund ("Fidelity") to explain Plaintiffs' objections to the bill of costs filed by Fidelity on March 11, 2021.

3. My associate, John Stokes, and I had a teleconference on March 18, 2021 with counsel for Fidelity: David Marcus, Chris Casamassima, and Nick Purcell. We discussed Plaintiffs' objections to the costs requested for reporters' transcripts (item 8b) and deposition transcripts (item 8c). Fidelity's counsel did not address Plaintiffs' objections to the other claimed costs.

4. We continued our discussion of reporters' transcripts (item 8b) via email correspondence and agreed that Fidelity would withdraw its request for the cost of expedited trial transcripts ($5,019.30) and seek only the cost of ordinary (non-expedited) trial transcripts, at the rate of $3.65 for the original and $0.90 for the first copy. This results in a total cost of $2,702.20.

5. We also continued our discussion of deposition transcripts (item 8c) via email correspondence and agreed that Fidelity would reduce its requested costs to amounts that reflect only two copies of depositions (one transcript and one video) and only non-expedited copies of depositions. The parties' agreement is reflected in **Exhibit B**, received from Fidelity's counsel.

6. Attached as **Exhibit C** is a true and correct copy of excerpts of the transcript of the case management conference on September 16, 2020.

7. Attached as **Exhibit D** are two spreadsheets based on Fidelity's supporting documentation for item 8d, ECF 259-7. The first spreadsheet (pp. 1-3) identifies and aggregates the Impact Trial Consulting LLC charges indicated as "Services: Graphics." The second spreadsheet (p. 4) identifies and aggregates the charges *other* than those indicated as "Services: Graphics."

8. Attached as **Exhibit E** are true and correct copies of some of Fidelity's demonstratives, DD 1.1 through DD 1.5. Fidelity disclosed these demonstratives for use during its

1

opening argument at trial. The graphics that Fidelity used with its experts at trial appear to be based on graphics from those experts' reports, often with little or no variation.

9. Attached as **Exhibit F** is a true and correct copy of an email from Chris Casamassima, dated October 7, 2019. In the email, Mr. Casamassima proposes that Mr. Zarcu's deposition take place on November 7, 2019, in the Los Angeles office of Wilmer Hale.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2021                         */s/ Rachana Pathak*
                                              Rachana Pathak