# EXHIBIT B

**Deposition Transcripts, Exhibits, and Video**

| Invoice Date | Invoice No. | Vendor | Date of Deposition | Deposition | Cost Claimed | Revised Per Party Agreement? | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | 07/10/19 | Bergschneider, Daniel | | | $2,485.60 |
| 7/12/2019 | SF3857979 | Veritext Corp. | | Transcript | $1,336.25 | Yes (expedited) | |
| 7/12/2019 | SF3857979 | Veritext Corp. | | Exhibits | $305.60 | | |
| 9/4/2019 | SF3932071 | Veritext Corp. | | Video | $843.75 | | |
| | | | 12/17/19 | Boland, Ryan | | | $2,182.50 |
| 12/20/2019 | SF4101652 | Veritext Corp. | | Transcript | $1,825.00 | | |
| 12/20/2019 | SF4101652 | Veritext Corp. | | Exhibits | $45.00 | | |
| 1/10/2020 | SF4132203 | Veritext Corp. | | Video | $312.50 | | |
| | | | 07/26/19 | Bozovic, Alexandra | | | $1,521.10 |
| 7/30/2019 | SF3880449 | Veritext Corp. | | Transcript | $857.50 | | |
| 7/30/2019 | SF3880449 | Veritext Corp. | | Exhibits | $69.85 | | |
| 9/4/2019 | SF3932072 | Veritext Corp. | | Video | $593.75 | | |
| | | | 06/25/19 | Brooks, Stephen | | | $1,713.50 |
| 7/1/2019 | CA3845460 | Veritext Corp. | | Transcript | $1,590.00 | | |
| 7/1/2019 | CA3845460 | Veritext Corp. | | Exhibits | $123.50 | | |
| | | | 07/22/19 | Bullis, John | | | $987.38 |
| 8/8/2019 | CA3892657 | Veritext Corp. | | Transcript | $207.38 | Yes (hard copy) | |
| 8/8/2019 | CA3892657 | Veritext Corp. | | Exhibits | $45.00 | | |
| 8/8/2019 | CA3890314 | Veritext Corp. | | Video | $735.00 | Yes | |
| | | | 07/30/19 | Casserino, Kyle | | | $2,013.25 |
| 8/1/2019 | SF3886127 | Veritext Corp. | | Transcript | $1,247.50 | | |
| 8/1/2019 | SF3886127 | Veritext Corp. | | Exhibits | $78.25 | | |
| 9/4/2019 | SF3932073 | Veritext Corp. | | Video | $687.50 | | |
| | | | 07/16/19 | Celano, Gerald | | | $2,173.10 |
| 7/19/2019 | SF3868377 | Veritext Corp. | | Transcript | $1,297.50 | | |
| 7/19/2019 | SF3868377 | Veritext Corp. | | Exhibits | $125.60 | | |
| 9/4/2019 | SF3932074 | Veritext Corp. | | Video | $750.00 | | |
| | | | 06/27/19 | Christesen, Eric | | | $1,909.95 |
| 7/3/2019 | SF3849420 | Veritext Corp. | | Transcript | $1,203.75 | | |
| 7/3/2019 | SF3849420 | Veritext Corp. | | Exhibits | $143.70 | | |
| 9/4/2019 | SF3932057 | Veritext Corp. | | Video | $562.50 | | |
| | | | 05/29/19 | Clauson, Jacob | | | $758.20 |
| 6/2/2019 | 16307 | The Amanuensis, LLC | | Transcript | $561.00 | | |
| 6/2/2019 | 16307 | The Amanuensis, LLC | | Exhibits | $57.20 | | |
| 6/3/2019 | 3513 | TCB Legal Video Services | | Video | $140.00 | | |
| | | | 11/01/19 | Domowitz, Ian | | | $3,084.15 |
| 11/7/2019 | CA4026260 | Veritext Corp. | | Transcript | $1,003.00 | Yes (hard copy) | |
| 11/7/2019 | CA4026260 | Veritext Corp. | | Exhibits | $881.15 | | |
| 11/21/2019 | CA4050732 | Veritext Corp. | | Video | $1,200.00 | Yes | |
| | | | 07/18/19 | Fairbairn, Emily | | | $2,368.45 |
| 7/25/2019 | CA3875166 | Veritext Corp. | | Transcript | $962.50 | Yes (hard copy and expedited) | |
| 7/25/2019 | CA3875166 | Veritext Corp. | | Exhibits | $440.90 | | |
| 7/22/2019 | CA3871784 | Veritext Corp. | | Video | $965.05 | Yes | |
| | | | 07/25/19 | Fairbairn, Malcolm | | | $2,295.88 |
| 8/15/2019 | CA3898933 | Veritext Corp. | | Transcript | $1,047.38 | Yes (hard copy) | |
| 8/15/2019 | CA3898933 | Veritext Corp. | | Exhibits | $213.50 | | |
| 8/15/2019 | CA3902105 | Veritext Corp. | | Video | $1,035.00 | Yes | |
| | | | 07/25/19 | Fay, Andrew | | | $1,510.90 |
| 8/7/2019 | SF3878673 | Veritext Corp. | | Transcript | $868.75 | | |
| 8/7/2019 | SF3878673 | Veritext Corp. | | Exhibits | $79.65 | | |
| 9/4/2019 | SF3932075 | Veritext Corp. | | Video | $562.50 | | |
| | | | 07/19/19 | Fernandez, Christian | | | $1,297.65 |
| 7/22/2019 | SF3871450 | Veritext Corp. | | Transcript | $917.50 | | |
| 7/22/2019 | SF3871450 | Veritext Corp. | | Exhibits | $18.90 | | |
| 8/9/2019 | SF3896716 | Veritext Corp. | | Video | $361.25 | | |
| | | | 11/06/19 | Galle, Brian | | | $3,127.88 |
| 11/21/2019 | CA4045584 | Veritext Corp. | | Transcript | $1,172.93 | Yes (hard copy) | |
| 11/21/2019 | CA4045584 | Veritext Corp. | | Exhibits | $604.95 | | |
| 11/25/2019 | CA4057672 | Veritext Corp. | | Video | $1,350.00 | Yes | |

| Invoice Date | Invoice No. | Vendor | Date of Deposition | Deposition | Cost Claimed | Revised Per Party Agreement? | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | 08/02/19 | Gandhi, Rahul | | | $823.15 |
| 8/13/2019 | CA3902286 | Veritext Corp. | | Transcript | $318.75 | Yes (hard copy) | |
| 8/13/2019 | CA3902286 | Veritext Corp. | | Exhibits | $16.90 | | |
| 8/13/2019 | CA3902650 | Veritext Corp. | | Video | $487.50 | Yes | |
| | | | 11/18/19 | Harris, Lawrence | | | $2,910.65 |
| 12/3/2019 | CA4065478 | Veritext Corp. | | Transcript | $1,182.50 | Yes (hard copy) | |
| 12/3/2019 | CA4065478 | Veritext Corp. | | Exhibits | $228.15 | | |
| 12/14/2019 | CA4085530 | Veritext Corp. | | Video | $1,500.00 | Yes | |
| | | | 11/22/19 | Hendershott, Terrence | | | $2,569.40 |
| 12/2/2019 | SF4065095 | Veritext Corp. | | Transcript | $1,438.75 | | |
| 12/2/2019 | SF4065095 | Veritext Corp. | | Exhibits | $224.40 | | |
| 12/16/2019 | SF4093861 | Veritext Corp. | | Video | $906.25 | | |
| | | | 07/30/19 | Johnson, Joshua | | | $2,045.40 |
| 8/5/2019 | SF3889244 | Veritext Corp. | | Transcript | $1,316.25 | | |
| 8/5/2019 | SF3889244 | Veritext Corp. | | Exhibits | $104.15 | | |
| 9/4/2019 | SF3932076 | Veritext Corp. | | Video | $625.00 | | |
| | | | 05/23/19 | Kunz, Justin | | | $2,710.60 |
| 6/20/2019 | SF3830389 | Veritext Corp. | | Transcript | $1,657.50 | | |
| 6/20/2019 | SF3830389 | Veritext Corp. | | Exhibits | $178.10 | | |
| 7/16/2019 | SF3863847 | Veritext Corp. | | Video | $875.00 | | |
| | | | 07/12/19 | McAuliffe, Kevin | | | $1,289.34 |
| 7/22/2019 | CA3870174 | Veritext Corp. | | Transcript | $360.94 | Yes (hard copy and expedited) | |
| 7/22/2019 | CA3870174 | Veritext Corp. | | Exhibits | $45.90 | | |
| 7/18/2019 | CA3867245 | Veritext Corp. | | Video | $882.50 | Yes | |
| | | | 07/17/19 | McKeon, Anna | | | $2,016.65 |
| 7/22/2019 | SF3870171 | Veritext Corp. | | Transcript | $1,616.25 | | |
| 7/22/2019 | SF3870171 | Veritext Corp. | | Exhibits | $124.15 | | |
| 8/2/2019 | SF3887253 | Veritext Corp. | | Video | $276.25 | Yes (expedited) | |
| | | | 05/31/19 | McLean, Michael | | | $1,058.00 |
| 6/2/2019 | 16309 | The Amanuensis, LLC | | Transcript | $840.00 | | |
| 6/2/2019 | 16309 | The Amanuensis, LLC | | Exhibits | $78.00 | | |
| 6/3/2019 | 3435 | TCB Legal Video Services | | Video | $140.00 | | |
| | | | 07/11/19 | Newhall, David | | | $692.53 |
| 8/8/2019 | CA3892657 | Veritext Corp. | | Transcript | $328.13 | Yes (hard copy) | |
| 8/8/2019 | CA3892657 | Veritext Corp. | | Exhibits | $61.90 | | |
| 8/8/2019 | CA3890314 | Veritext Corp. | | Video | $302.50 | Yes | |
| | | | 07/11/19 | Norley, Pamela | | | $2,147.60 |
| 7/15/2019 | SF3859929 | Veritext Corp. | | Transcript | $1,208.75 | Yes (expedited) | |
| 7/15/2019 | SF3859929 | Veritext Corp. | | Exhibits | $188.85 | | |
| 9/4/2019 | SF3932077 | Veritext Corp. | | Video | $750.00 | | |
| | | | 11/20/19 | Pierce, Benjamin | | | $2,283.35 |
| 12/4/2019 | SF4067880 | Veritext Corp. | | Transcript | $1,588.00 | | |
| 12/4/2019 | SF4067880 | Veritext Corp. | | Exhibits | $70.35 | | |
| 12/17/2019 | SF4093863 | Veritext Corp. | | Video | $625.00 | | |
| | | | 07/31/19 | Podvojsky, Stefan | | | $2,470.30 |
| 8/2/2019 | SF3887737 | Veritext Corp. | | Transcript | $1,472.50 | | |
| 8/2/2019 | SF3887737 | Veritext Corp. | | Exhibits | $91.55 | | |
| 8/16/2019 | SF3907862 | Veritext Corp. | | Video | $906.25 | | |
| | | | 06/26/19 | Rizzone, Stephen | | | $1,954.95 |
| 7/5/2019 | CA3850569 | Veritext Corp. | | Transcript | $685.25 | Yes (hard copy) | |
| 7/5/2019 | CA3850569 | Veritext Corp. | | Exhibits | $524.70 | | |
| 7/8/2019 | CA3851940 | Veritext Corp. | | Video | $745.00 | Yes | |
| | | | 07/02/19 | Sanders, Robert | | | $1,833.80 |
| 7/5/2019 | CA3850665 | Veritext Corp. | | Transcript | $1,095.00 | | |
| 7/5/2019 | CA3850665 | Veritext Corp. | | Exhibits | $82.55 | | |
| 9/4/2019 | CA3932070 | Veritext Corp. | | Video | $656.25 | | |
| | | | 06/06/19 | Shenoy, Ramona | | | $1,301.45 |
| 6/11/2019 | CA3813978 | Veritext Corp. | | Transcript | $362.25 | Yes (hard copy) | |
| 6/11/2019 | CA3813978 | Veritext Corp. | | Exhibits | $359.20 | | |
| 6/12/2019 | CA3816241 | Veritext Corp. | | Video | $580.00 | Yes | |

| Invoice Date | Invoice No. | Vendor | Date of Deposition | Deposition | Cost Claimed | Revised Per Party Agreement? | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | 06/04/19 | Slavet, Benjamin | | | $1,295.35 |
| 6/7/2019 | CA3810953 | Veritext Corp. | | Transcript | $504.00 | Yes (hard copy) | |
| 6/7/2019 | CA3810953 | Veritext Corp. | | Exhibits | $101.35 | | |
| 6/18/2019 | CA3820159 | Veritext Corp. | | Video | $690.00 | Yes | |
| | | | 11/07/19 | Zarcu, Cristian | | | $2,566.15 |
| 11/14/2019 | SF4037435 | Veritext Corp. | | Transcript | $1,450.00 | | |
| 11/14/2019 | SF4037435 | Veritext Corp. | | Exhibits | $237.40 | | |
| 11/27/2019 | SF4059234 | Veritext Corp. | | Video | $878.75 | | |
| | | | | **Deposition Transcript and Video Costs** | | | $55,447.79 |
| | | | | **Deposition Exhibit Costs** | | | $5,950.35 |
| | | | | **Total Deposition Costs Claimed** | | | $61,398.14 |