# EXHIBIT D

| Services: Graphics ||||
|---|---|---|---|
| **Date** | **Description** | **Hours** | **Amount** |
| 3/3/2020 | Services: Graphics: Project Meeting | 0.5 | $117.50 |
| 3/3/2020 | Services: Graphics: Project Meeting | 0.5 | $117.50 |
| 3/3/2020 | Services: Graphics: Development & Production | 0.25 | $58.75 |
| 3/4/2020 | Services: Graphics: Development & Production | 2.5 | $587.50 |
| 3/4/2020 | Services: Graphics: Development & Production | 3.5 | $822.50 |
| 3/5/2020 | Services: Graphics: Project Meeting | 0.25 | $58.75 |
| 3/5/2020 | Services: Graphics: Project Meeting | 0.25 | $58.75 |
| 3/5/2020 | Services: Graphics: Development & Production | 3.5 | $822.50 |
| 3/6/2020 | Services: Graphics: Project Meeting | 0.5 | $117.50 |
| 3/6/2020 | Services: Graphics: Development & Production | 6.75 | $1,586.25 |
| 3/7/2020 | Services: Graphics: Development & Production | 5.5 | $1,292.50 |
| 3/8/2020 | Services: Graphics: Development & Production | 3.75 | $881.25 |
| 3/8/2020 | Services: Graphics: Development & Production | 7.5 | $1,762.50 |
| 3/9/2020 | Services: Graphics: Project Meeting | 0.75 | $176.25 |
| 3/9/2020 | Services: Graphics: Development & Production | 3.5 | $822.50 |
| 3/9/2020 | Services: Graphics: Development & Production | 6.25 | $1,468.75 |
| 3/10/2020 | Services: Graphics: Development & Production | 5 | $1,175.00 |
| 3/10/2020 | Services: Graphics: Development & Production | 2.5 | $587.50 |
| 3/12/2020 | Services: Graphics: Development & Production | 5 | $1,175.00 |
| 3/12/2020 | Services: Graphics: Development & Production | 2.5 | $587.50 |
| 3/13/2020 | Services: Graphics: Development & Production | 4 | $940.00 |
| 3/13/2020 | Services: Graphics: Development & Production | 1.5 | $352.50 |
| 3/18/2020 | Services: Graphics: Development & Production | 1.75 | $411.25 |
| 3/18/2020 | Services: Graphics: Development & Production | 3 | $705.00 |
| 3/19/2020 | Services: Graphics: Development & Production | 2.5 | $587.50 |
| 3/20/2020 | Services: Graphics: Development & Production | 3.5 | $822.50 |
| 3/23/2020 | Services: Graphics: Development & Production | 2 | $470.00 |
| 8/27/2020 | Services: Graphics: Development & Production | 4 | $940.00 |
| 8/28/2020 | Services: Graphics: Development & Production | 2.25 | $528.75 |
| 8/31/2020 | Services: Graphics: Development & Production | 3 | $705.00 |
| 9/1/2020 | Services: Graphics: Development & Production | 2.25 | $528.75 |
| 9/2/2020 | Services: Graphics: Development & Production | 1.75 | $411.25 |
| 9/21/2020 | Services: Graphics: Development & Production | 1 | $235.00 |
| 9/22/2020 | Services: Graphics: Development & Production | 0.25 | $58.75 |
| 9/25/2020 | Services: Graphics: Development & Production | 7.25 | $1,703.75 |
| 10/5/2020 | Services: Graphics: Project Meeting | 1 | $235.00 |
| 10/5/2020 | Services: Graphics: Development & Production | 4 | $940.00 |
| 10/5/2020 | Services: Graphics: Development & Production | 1 | $235.00 |
| 10/6/2020 | Services: Graphics: Project Meeting | 0.75 | $176.25 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/6/2020 | Services: Graphics: Project Meeting | 0.5 | $117.50 |
| 10/6/2020 | Services: Graphics: Development & Production | 8.5 | $1,997.50 |
| 10/6/2020 | Services: Graphics: Development & Production | 0.5 | $117.50 |
| 10/7/2020 | Services: Graphics: Development & Production | 2.75 | $646.25 |
| 10/8/2020 | Services: Graphics: Project Meeting | 0.5 | $117.50 |
| 10/8/2020 | Services: Graphics: Development & Production | 3.25 | $763.75 |
| 10/8/2020 | Services: Graphics: Development & Production | 2 | $470.00 |
| 10/8/2020 | Services: Graphics: Development & Production | 7.75 | $1,821.25 |
| 10/9/2020 | Services: Graphics: Development & Production | 1.75 | $411.25 |
| 10/11/2020 | Services: Graphics: Development & Production | 3.75 | $881.25 |
| 10/12/2020 | Services: Graphics: Development & Production | 3.25 | $763.75 |
| 10/12/2020 | Services: Graphics: Development & Production | 2.25 | $528.75 |
| 10/13/2020 | Services: Graphics: Development & Production | 4 | $940.00 |
| 10/13/2020 | Services: Graphics: Development & Production | 9.75 | $2,291.25 |
| 10/13/2020 | Services: Graphics: Development & Production | 5.5 | $1,292.50 |
| 10/14/2020 | Services: Graphics: Project Meeting | 1 | $235.00 |
| 10/14/2020 | Services: Graphics: Development & Production | 5.25 | $1,233.75 |
| 10/14/2020 | Services: Graphics: Development & Production | 6.25 | $1,468.75 |
| 10/14/2020 | Services: Graphics: Development & Production | 5.5 | $1,292.50 |
| 10/15/2020 | Services: Graphics: Development & Production | 7.75 | $1,821.25 |
| 10/15/2020 | Services: Graphics: Development & Production | 9.75 | $2,291.25 |
| 10/15/2020 | Services: Graphics: Development & Production | 7 | $1,645.00 |
| 10/16/2020 | Services: Graphics: Project Meeting | 1 | $235.00 |
| 10/16/2020 | Services: Graphics: Development & Production | 3 | $705.00 |
| 10/16/2020 | Services: Graphics: Development & Production | 8.5 | $1,997.50 |
| 10/17/2020 | Services: Graphics: Development & Production | 0.25 | $58.75 |
| 10/17/2020 | Services: Graphics: Development & Production | 2.5 | $587.50 |
| 10/18/2020 | Services: Graphics: Development & Production | 0.25 | $58.75 |
| 10/18/2020 | Services: Graphics: Development & Production | 2.5 | $587.50 |
| 10/19/2020 | Services: Graphics: Project Meeting | 0.75 | $176.25 |
| 10/20/2020 | Services: Graphics: Development & Production | 6 | $1,410.00 |
| 10/20/2020 | Services: Graphics: Development & Production | 0.5 | $117.50 |
| 10/20/2020 | Services: Graphics: Development & Production | 11.25 | $2,643.75 |
| 10/21/2020 | Services: Graphics: Development & Production | 0.75 | $176.25 |
| 10/21/2020 | Services: Graphics: Development & Production | 16.75 | $3,936.25 |
| 10/21/2020 | Services: Graphics: Development & Production | 4.75 | $1,116.25 |
| 10/22/2020 | Services: Graphics: Development & Production | 2.5 | $587.50 |
| 10/22/2020 | Services: Graphics: Development & Production | 13.75 | $3,231.25 |
| 10/22/2020 | Services: Graphics: Development & Production | 6.25 | $1,468.75 |
| 10/23/2020 | Services: Graphics: Development & Production | 2.25 | $528.75 |
| 10/26/2020 | Services: Graphics: Development & Production | 0.5 | $117.50 |

| | | | |
|---|---|---|---|
| 10/27/2020 | Services: Graphics: Development & Production | 0.25 | $58.75 |
| 11/28/2020 | Services: Graphics: Development & Production | 2.75 | $646.25 |
| 11/30/2020 | Services: Graphics: Development & Production | 7 | $1,645.00 |
| 11/30/2020 | Services: Graphics: Development & Production | 9.25 | $2,173.75 |
| **Total** | | **309.25** | **$72,673.75** |

| Services: Technology and Video Synchronization |||||
|---|---|---|---|
| Date | Description | Hours | Amount |
| 3/3/2020 | Services: Technology: Database Work | 1 | $235.00 |
| 3/4/2020 | Services: Technology: Database Work | 3.25 | $763.75 |
| 3/6/2020 | Services: Technology: Database Work | 0.25 | $58.75 |
| 3/10/2020 | Services: Technology: Database Work | 2.5 | $587.50 |
| 3/10/2020 | Video Synchronization: Synchron Voice and Video |  | $72.44 |
| 3/12/2020 | Services: Technology: Database Work | 10.25 | $2,408.75 |
| 3/12/2020 | Services: Technology: Deposition Video Editing | 6.75 | $1,586.25 |
| 3/12/2020 | Services: Technology: Deposition Video Editing | 2 | $470.00 |
| 3/13/2020 | Services: Technology: Deposition Video Editing | 8.5 | $1,997.50 |
| 3/26/2020 | Services: Technology: Deposition Video Editing | 3.25 | $763.75 |
| 3/27/2020 | Total Video Synchronization Charges |  | $72.44 |
| 9/29/2020 | Services: Technology: Trial Preparation | 4.5 | $1,057.50 |
| 10/8/2020 | Services: Technology: Deposition Video Editing | 7 | $1,645.00 |
| 10/8/2020 | Services: Technology: Project Meeting | 0.75 | $176.25 |
| 10/9/2020 | Services: Technology: Deposition Video Editing | 4.5 | $1,057.50 |
| 10/9/2020 | Services: Technology: Trial Preparation | 1.5 | $352.50 |
| 10/11/2020 | Services: Technology: Deposition Video Editing | 2 | $470.00 |
| 10/12/2020 | Services: Technology: Deposition Video Editing | 2 | $470.00 |
| 10/14/2020 | Services: Technology: Trial Preparation | 1.75 | $411.25 |
| 10/15/2020 | Services: Technology: Trial Preparation | 0.75 | $176.25 |
| 10/16/2020 | Services: Technology: Trial Preparation | 2.5 | $587.50 |
| 10/18/2020 | Services: Technology: Trial Preparation | 4.25 | $998.75 |
| 10/19/2020 | Services: Technology: Presentation Support | 7.5 | $1,762.50 |
| 10/20/2020 | Services: Technology: Deposition Video Editing | 3 | $705.00 |
| 10/20/2020 | Services: Technology: Presentation Support | 8.75 | $2,056.25 |
| 10/21/2020 | Services: Technology: Deposition Video Editing | 2 | $470.00 |
| 10/21/2020 | Services: Technology: Presentation Support | 10.75 | $2,526.25 |
| 10/22/2020 | Services: Technology: Deposition Video Editing | 3 | $705.00 |
| 10/22/2020 | Services: Technology: Trial Preparation | 2.5 | $587.50 |
| 10/23/2020 | Services: Technology: Presentation Support | 10.5 | $2,467.50 |
| 10/25/2020 | Services: Technology: Trial Preparation | 4.5 | $1,057.50 |
| 10/26/2020 | Services: Technology: Presentation Support | 10.5 | $2,467.50 |
| 10/27/2020 | Services: Technology: Presentation Support | 6.25 | $1,468.75 |
| | **Total** | **138.5** | **$32,692.38** |