# EXHIBIT E



**Justin Kunz**
Vice President and Relationship Manager,
Fidelity Family Office Services

FIDELITY Charitable℠

DD1.1



**Pam Norley**
President
Fidelity Charitable



**Stefan Podvojsky**
Senior Vice President,
Investments and Programs,
Fidelity Charitable



**Michael McLean**
Director of Investments &
Program Management,
Fidelity Charitable

FIDELITY Charitable℠    DD1.2



**Ben Pierce**

- Former President, Vanguard Charitable Endowment Program (1998–2015)
- Participated in development of best practices for DAFs
- Invited to speak with House Finance Sub-Committee on Taxation regarding DAFs

   

FIDELITY Charitable℠

DD1.3



**Terrence Hendershott**

- Professor & Willis H. Booth Chair in Banking and Finance, Haas School of Business at UC Berkeley
- Ph.D. Operations, Information, and Technology, Graduate School of Business at Stanford University
- Former chair of the NASDAQ Economic Advisory Board
- Visiting economist at the New York Stock Exchange






FIDELITY Charitable

DD1.4



**Cristian Zarcu**

- President & Chief Operating Officer at TradeDynamiX
- Managing Director and Head of Analytic Trading Solutions at Lazard (2009–2012)
- Managing Director and Head of the Automated Solutions Group at Wachovia (2004–2009)
- Managing Director and Head of Program Trading at Bank of America (2001–2004)




LAZARD            TRADEDYNAMIX



FIDELITY Charitable℠                                    DD1.5