# EXHIBIT F

| | |
|---|---|
| **From:** | Casamassima, Chris <Chris.Casamassima@Wilmerhale.com> |
| **Sent:** | Monday, October 07, 2019 6:25 PM |
| **To:** | Radha Pathak; Bridget Asay |
| **Cc:** | Dulberg, Andrew S.; Marcus, David; Purcell, Nick; Thomas Rubinsky |
| **Subject:** | RE: Expert discovery cutoff |

[External Email]
Radha –

Following up on dates for the expert depositions, here is what we propose:

Zarcu on 11/7 @ WH LA
Hendershott on 11/15 @ WH SF
Pierce on 11/18 @ TBD Philadelphia

Please let me know what dates will work for your witnesses.

Thanks,

Chris

**Chris Casamassima | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5374
chris.casamassima@wilmerhale.com
https://www.wilmerhale.com/Chris_Casamassima/

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged.

**From:** Radha Pathak <Radha.Pathak@strismaher.com>
**Sent:** Thursday, October 3, 2019 11:46 AM
**To:** Casamassima, Chris <Chris.Casamassima@Wilmerhale.com>; Bridget Asay <Bridget.Asay@strismaher.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; Purcell, Nick <Nick.Purcell@wilmerhale.com>; Thomas Rubinsky <thomas.rubinsky@strismaher.com>; Radha Pathak <Radha.Pathak@strismaher.com>
**Subject:** RE: Expert discovery cutoff

**EXTERNAL SENDER**


Thanks, Chris. Sounds good.

We'll do a final read through of these and get them on file later today.

Best wishes,
Radha

**Radha Pathak | Stris & Maher LLP**

1

777 South Figueroa Street, Suite 3850 | Los Angeles, CA 90017
Phone: 213.995.6807 | Fax: 213.261.0299
Email: radha.pathak@strismaher.com | Website: www.strismaher.com

**From:** Casamassima, Chris [mailto:Chris.Casamassima@Wilmerhale.com]
**Sent:** Thursday, October 03, 2019 11:00 AM
**To:** Radha Pathak <Radha.Pathak@strismaher.com>; Bridget Asay <Bridget.Asay@strismaher.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; Purcell, Nick <Nick.Purcell@wilmerhale.com>; Thomas Rubinsky <thomas.rubinsky@strismaher.com>
**Subject:** RE: Expert discovery cutoff

[External Email]
Radha –

This looks fine. Thanks for preparing.

It probably makes sense to start figuring out dates for the depositions. We'll try to get potential dates for our experts and hopefully you can do the same and then we can talk next week about scheduling. Okay?

Chris

**Chris Casamassima | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5374
chris.casamassima@wilmerhale.com
https://www.wilmerhale.com/Chris_Casamassima/

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged.

**From:** Radha Pathak <Radha.Pathak@strismaher.com>
**Sent:** Thursday, October 3, 2019 9:17 AM
**To:** Casamassima, Chris <Chris.Casamassima@Wilmerhale.com>; Bridget Asay <Bridget.Asay@strismaher.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; Purcell, Nick <Nick.Purcell@wilmerhale.com>; Thomas Rubinsky <thomas.rubinsky@strismaher.com>; Radha Pathak <Radha.Pathak@strismaher.com>
**Subject:** RE: Expert discovery cutoff

**EXTERNAL SENDER**

Hi Chris,

A proposed stipulation requesting the extension of the expert depo deadline and the SJ briefing schedule is attached. Please let me know if the stipulation meets with your approval.

Thanks,
Radha

**Radha Pathak | Stris & Maher LLP**

2

777 South Figueroa Street, Suite 3850 | Los Angeles, CA 90017
Phone: 213.995.6807 | Fax: 213.261.0299
Email: radha.pathak@strismaher.com | Website: www.strismaher.com

---

**From:** Casamassima, Chris [mailto:Chris.Casamassima@Wilmerhale.com]
**Sent:** Thursday, September 26, 2019 4:08 PM
**To:** Bridget Asay <Bridget.Asay@strismaher.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; Purcell, Nick <Nick.Purcell@wilmerhale.com>; Radha Pathak <Radha.Pathak@strismaher.com>; Thomas Rubinsky <thomas.rubinsky@strismaher.com>
**Subject:** RE: Expert discovery cutoff

[External Email]
Bridget –

The second option works – see attached, which incorporates that schedule.

Chris

**Chris Casamassima | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5374
chris.casamassima@wilmerhale.com
https://www.wilmerhale.com/Chris_Casamassima/

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged.

---

**From:** Bridget Asay <Bridget.Asay@strismaher.com>
**Sent:** Thursday, September 26, 2019 1:26 PM
**To:** Casamassima, Chris <Chris.Casamassima@Wilmerhale.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; Purcell, Nick <Nick.Purcell@wilmerhale.com>; Radha Pathak <Radha.Pathak@strismaher.com>; Thomas Rubinsky <thomas.rubinsky@strismaher.com>
**Subject:** RE: Expert discovery cutoff

**EXTERNAL SENDER**

Chris,

We are fine with extending the dispositive motion deadline as well and generally agree with your approach, but the exact dates are problematic because of holiday/school vacation schedules. Two alternatives that work for us:

SJ deadline December 16 (the same 10-day extension as the expert cutoff); Opp., January 13; Reply, January 27.

SJ deadline December 20; Opp. Jan 20; Reply Feb 3.

Does one of these options work for your team?

-Bridget

---

**Bridget Asay** | **Stris & Maher LLP**
28 Elm Street, 2d Floor | Montpelier, VT 05602
Direct: 802.858.4285| Fax: 802.342.4794
Email: bridget.asay@strismaher.com | Website: www.strismaher.com

---

**From:** Casamassima, Chris [mailto:Chris.Casamassima@Wilmerhale.com]
**Sent:** Wednesday, September 25, 2019 7:52 PM
**To:** Bridget Asay <Bridget.Asay@strismaher.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; Purcell, Nick <Nick.Purcell@wilmerhale.com>; Radha Pathak <Radha.Pathak@strismaher.com>; Thomas Rubinsky <thomas.rubinsky@strismaher.com>
**Subject:** RE: Expert discovery cutoff

[External Email]
Bridget –

We think the 8th gives us enough time and we are concerned about pushing that deadline without moving the deadline for filing dispositive motions. So, we are willing to work with you in an effort to compromise on this, but there would have to be a corresponding extension of the dispositive motion deadline. We could then agree on a reasonable briefing schedule to accommodate the holidays. E.g., December 20; Opp., January 13; Reply, January 27.

Chris

**Chris Casamassima | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5374
chris.casamassima@wilmerhale.com
https://www.wilmerhale.com/Chris_Casamassima/

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged.

---

**From:** Bridget Asay <Bridget.Asay@strismaher.com>
**Sent:** Wednesday, September 25, 2019 11:59 AM
**To:** Casamassima, Chris <Chris.Casamassima@Wilmerhale.com>
**Cc:** Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; Purcell, Nick <Nick.Purcell@wilmerhale.com>; Radha Pathak <Radha.Pathak@strismaher.com>; Thomas Rubinsky <thomas.rubinsky@strismaher.com>
**Subject:** Expert discovery cutoff

**EXTERNAL SENDER**

Chris,

In drafting the case management statement, we've been giving thought to the remaining case deadlines. Based on the number of likely expert depositions, date of the mediation, and some scheduling issues, it's not realistic to complete

expert depositions by Nov. 8. We propose extending that deadline to November 18, 2019. We could flag the issue in the CMS and file a stip before the case management conference.

In our view, the expert cutoff could be extended without affecting the remaining deadlines.

Do you agree?

Best,
Bridget

-----------------------------------------------

**Bridget Asay** | **Stris & Maher LLP**
28 Elm Street, 2d Floor | Montpelier, VT 05602
Direct: 802.858.4285| Fax: 802.342.4794
Email: bridget.asay@strismaher.com | Website: www.strismaher.com

This e-mail message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If you are not an intended recipient, you may not use, copy, or distribute this message or any information contained in this message. If you have received this e-mail in error, please notify us immediately by e-mail and delete all copies of the message and any attachments.

This e-mail message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If you are not an intended recipient, you may not use, copy, or distribute this message or any information contained in this message. If you have received this e-mail in error, please notify us immediately by e-mail and delete all copies of the message and any attachments.

This e-mail message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If you are not an intended recipient, you may not use, copy, or distribute this message or any information contained in this message. If you have received this e-mail in error, please notify us immediately by e-mail and delete all copies of the message and any attachments.

This e-mail message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If you are not an intended recipient, you may not use, copy, or distribute this message or any information contained in this message. If you have received this e-mail in error, please notify us immediately by e-mail and delete all copies of the message and any attachments.