| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐   NO ☐ |
|---|---|---|

| 1. CASE NAME Emily Fairbairn and Malcolm Fairbairn v. Fidelity Investments Charitable Gift Fund | 2. CASE NUMBER 3:18-cv-4881-JSC | 3. DATE JUDGMENT ENTERED February 26, 2021 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Emily Fairbairn and Malcolm Fairbairn (Plaintiffs) |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY Fidelity Investments Charitable Gift Fund | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") David C. Marcus | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                              (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $0 | | | | |
| Service of Process, Civil LR 54-3(a)(2) | $0 | | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $5,019.30 | Declaration of David C. Marcus Exhibit A | 0 | $5091.30 | CLR 54-3(b)(3), (c)(2) |
| Rulings from the bench, Civil LR 54-3(b)(2) | $0 | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $0 | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $74,219.85 | Declaration of David C. Marcus Exhibit B | $74, 219. 85 | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $5,950.35 | Declaration of David C. Marcus Exhibit B | $5950.35 | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $0 | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | $0 | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $77,235.00 | Declaration of David C. Marcus Exhibit C Exhibit D | $77, 235,00 | | |

| | | | | | |
|---|---|---|---|---|---|
| Trial exhibits, Civil LR 54-3(d)(4) | $3,168.63 | Declaration of David C. Marcus Exhibit E | | | |
| Visual aids, Civil LR 54(d)(5) | $105,293.69 | Declaration of David C. Marcus Exhibit F | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $552.46 | Declaration of David C. Marcus Exhibit G | $40.00 | $512.46 | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $0 | | | | |
| Court-appointed experts, 28 USC § 1920(6) | $0 | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $0 | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | $0 | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | $0 | | | | |
| **TOTAL AMOUNT** | $ 271,439.28 | Declaration of David C. Marcus Exhibit A Exhibit B Exhibit C Exhibit D Exhibit E Exhibit F Exhibit G | $ 0.00 | $ 0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**: David C. Marcus

SIGNATURE: *[signature]*         DATE: March 11, 2021

**11. Costs are taxed in the amount of** $157,405.60 **and included in the judgment.**

Susan Y. Soong
Clerk of Court

BY: *[signature]* Deputy Clerk        DATE: Aug. 6, 2021

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Cristian Zarcu, San Diego, CA | 1 | 0 | | | $552.46 | | $552.46 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 552.46 |